**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAURA SAMPSON, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC., *et al.*,<br><br>Defendants. | Case No. 1:21-cv-10284-RMB-KMW<br><br><br>**LOCAL CIV. RULE 7.1.1 DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING** |

## DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING

Pursuant to Local Civil Rule 7.1.1, Plaintiffs' Counsel represents that there is no person or entity that is not a party and is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.


Dated: July 8, 2021                    BERGER MONTAGUE PC


                                       /s/ Russell D. Paul
                                       Russell D. Paul (NJ 037411989)
                                       Amey J. Park (NJ 070422014)
                                       Abigail J. Gertner (NJ 019632003)
                                       BERGER MONTAGUE PC
                                       1818 Market Street, Suite 3600
                                       Philadelphia, PA 19103
                                       Tel.:  (215) 875-3000
                                       Fax:  (215) 875-4604
                                       rpaul@bm.net

apark@bm.net
agertner@bm.net

Tarek H. Zohdy (*pro hac vice*)
Cody R. Padgett (*pro hac vice*)
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Tel.:   (310) 556-4811
Fax:   (310) 943-0396
Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com

**Counsel for Plaintiffs and the Proposed Classes**

2