# **EXHIBIT A**

**NHTSA ID Number:** 11352881
**Incident Date** August 24, 2020
**Report Date** September 2, 2020
**Consumer Location** BETHESDA, MD
**Vehicle Identification Number** 4S3BWGN64L3****
**Summary of Complaint:**
I WAS DRIVING ON THE CAPITAL BELTWAY IN SILVER SPRING DURING EVENING RUSH
HOUR GOING APPROXIMATELY 60 MPH WHEN THE VEHICLE STARTED TO SLOW DOWN
ON ITS OWN AND THE WARNING LIGHTS ON THE DASH ASSOCIATED WITH THE
EMERGENCY BRAKING SYSTEM ( WHICH CAUSES THE CAR TO ABRUPTLY STOP IF YOU
ARE GOING TO CRASH) STARTED TO FLASH. IT LASTED ABOUT 5-10 SECONDS . I DID NOT
TAKE MY FOOT OFF THE GAS OR BRAKE THE CAR. THEN IT ACCELERATED ON ITS OWN
TO 60 MPH.

**NHTSA ID Number:** 11350346
**Incident Date** July 28, 2020
**Report Date** August 19, 2020
**Consumer Location** MINEOLA, NY
**Vehicle Identification Number** 4S4BSAFC0F3****
**Summary of Complaint:**
VEHICLE IS EQUIPPED WITH SUBARU'S "EYE SIGHT" SYSTEM, WHICH PROVIDES PRE-
COLLISION BRAKING AND IS INVOLVED WITH LANE DEPARTURE WARNING. THE EYE
SIGHT SYSTEM IN MY CAR IS INTERMITTENTLY INOPERATIVE WHILE THE CAR IS IN
MOTION. SOMETIMES, THE SYSTEM BEGINS WORKING AGAIN, THEN TURNS OFF, TURNS
ON, ETC.

IF EYE SIGHT IS INOPERATIVE AS THE CAR COMES TO A FULL STOP, THE INOPERATIVE
WARNING MESSAGE USUALLY DISAPPEARS, BUT THE MESSAGE RETURNS SHORTLY
AFTER THE CAR BEGINS MOVING AGAIN.

THIS HAS BEEN HAPPENING EVERY TIME THE CAR IS IN MOTION FOR THREE WEEKS.

**NHTSA ID Number:** 11349311
**Incident Date** January 1, 2017
**Report Date** August 14, 2020
**Consumer Location** MURRAY, KY
**Vehicle Identification Number** 4S4BSENC2H3****
**Summary of Complaint:**
TL* THE CONTACT OWNS A 2017 SUBARU OUTBACK. THE CONTACT STATED ON THREE
OCCASIONS WHILE DRIVING 25-35 MPH, THE AUTOMATIC COLLISION BRAKING SYSTEM
ENGAGED WHEN THERE WAS NO OBJECT PRESENT. THE CONTACT MENTIONED IT
HAPPENED WHILE APPROACHING A CURVE. ADDITIONALLY, THE BRAKE PEDAL WAS
DEPRESSED TO THE FLOORBOARD HOWEVER, AFTER PUMPING THE BRAKE PEDAL THE
BRAKES WORKED AS DESIGNED. THE AUTOMATIC COLLISION WARNING INDICATOR
WARNING LIGHT WAS ILLUMINATED. THE VEHICLE WAS TAKEN TO WYATT JOHNSON
SUBARU (2425 WILMA RUDOLPH BLVD, CLARKSVILLE, TN 37040, (931) 648-4300) WHERE
THE CONTACT WAS INFORMED THAT THE VEHICLE WORKED AS DESIGNED. THE

1

VEHICLE WAS NOT DIAGNOSED NOR REPAIRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS APPROXIMATELY 18,000.

**NHTSA ID Number:** 11311846
**Incident Date** February 20, 2020
**Report Date** February 27, 2020
**Consumer Location** WILLOUGHBY HILLS, OH
**Vehicle Identification Number** JF2SKAECXKH****
**Summary of Complaint:**
WE HAVE A 2019 SUBARU FORESTER, PROBLEMS HAVE BEEN WITH THE EYESIGHT SLAMMING ON THE BRAKES FOR NO REASON, AND TURNING ON AND OFF AT RANDOM TIMES. THE MAJOR ISSUE HAS BEEN THE SLAMMED ON BRAKES WHEN THE ROAD AHEAD WAS CLEAR, JARRING ME AND PASSENGERS, MY WIFE LITERALLY HAD WHIPLASH AND A HEADACHE FROM THE EXTREME, UNEXPECTED BRAKING. THIS HAS HAPPENED WHEN A VEHICLE IN FROM OF US MADE A RIGHT TURN, ROAD AHEAD IS CLEAR, TRAVELING THE SPEED LIMIT OF 35 MPH, SENSORS MUST BE PICKING UP THE CORNER OF THE OTHER VEHICLE AS WE APPROACH, LOCKING UP THE BRAKES, THINKING IT IS STILL IN FRONT OF US. ANOTHER INCIDENT, EYESIGHT SENSING AN EMPTY PAPER BAG BEING BLOWN ACROSS THE HIGHWAY, SLAMMING ON THE BRAKES, THIS COULD HAVE CAUSED A REAR END COLLISION FROM A DRIVER BEHIND US IF THEY WERE FOLLOWING TO CLOSE, LIKE IS THE NORM IN RUSH HOUR TRAFFIC. ANOTHER EVENT, A DOG RAN ACROSS THE FREEWAY, EYESIGHT NEVER ACTIVATED, I THOUGHT I HAD BRAKED AND CLEARED THE DOG, HE KEPT RUNNING, NO IMPACT, FOUND DAMAGE TO FRONT END UPON INSPECTION. ANOTHER ISSUE UNRELATED TO EYESIGHT, THE DEFROSTER BLOWER MOTOR DOES NOT RESPOND TO HIGH SETTING WHEN FIRST TURNED TO HIGH TO CLEAR WINDOW FOG, IT TAKES 3 TO 5 MINUTES BEFORE IT RAMPS UP TO HIGH SPEED.

I HAVE BROUGHT THIS TO THE ATTENTION OF OUR SALESPERSON AND SERVICE DEPARTMENT OUR SUBARU DEALERSHIP, MAYBE BE A CALIBRATION ISSUE, PROGRAM ISSUE WITH THE EYESIGHT SENSORS, THEY REFUSED TO DOCUMENT ANYTHING I SHARED AND TOLD ME THEIR IS ABSOLUTELY NOTHING WRONG WITH THE SYSTEM WITHOUT EVEN LOOKING AT IT. THERE IS NO MORE LOVE IN OUR SUBARU, AND NO CONCERN FOR SAFETY AT THE DEALERSHIP. I HAVE SPOKEN WITH OTHER 2019 SUBARU FORESTER OWNERS EXPERIENCING THE SAME EYESIGHT ISSUES. THIS HAS BEEN HAPPENING SINCE WE LEASED THE VEHICLE OCTOBER 2018 TO RECENTLY ON 2/20/2020. I WAS INFORMED TO FILE THIS BY THE OHIO ATTORNEY GENERAL WHILE FILING A COMPLAINT WITH THEM.

**NHTSA ID Number:** 11308147
**Incident Date** February 7, 2020
**Report Date** February 10, 2020
**Consumer Location** BARRINGTON, RI
**Vehicle Identification Number** JF2SKAGC2KH****
**Summary of Complaint:**
TRAVELING FROM RI TO WESTERN NY. DEPARTED RI IN AM WITH MODERATE RAINFALL WHEN "EYESIGHT DISABLED" INDICATOR FLASHED SEVERAL TIMES OVER THE COURSE OF HALF HOUR. WHEN RAIN SUBSIDED, INDICATOR DISAPPEARED. SEVERAL HOURS LATER, WAS DRIVING 65-70MPH ON STRAIGHT SECTION OF MAJOR INTERSTATE WITH GOOD VISIBILITY, APPROACHING A HIGHWAY OVERPASS WHEN "OBSTACLE DETECTED" WARNING APPEARED DESPITE NO OBSTACLE IN ROAD, AND SHORTLY THEREAFTER CAR

WENT INTO A SLOW SPIN (FELT AS IF FLOATING) TOWARDS LEFT, STRIKING A GUARDRAIL UNDERNEATH THE OVERPASS HEAD-ON AND CONTINUING TO SPIN 360 DEGREES AT WHICH POINT I WAS ABLE TO RECOVER CONTROL OF THE CAR. IT FELT AS IF BRAKES HAD ENGAGED (? CRASH IMMINENT BRAKING SYSTEM) ALTHOUGH I DID NOT HAVE FOOT ON BRAKE PEDAL AND I DID NOT ATTEMPT TO BRAKE WHILE IN THE SPIN AS I FEARED ROLLING THE VEHICLE. DESPITE EXTENSIVE FRONT END DAMAGE, AIRBAGS DID NOT DEPLOY. HAD TO LEAVE THE VEHICLE IN ALBANY, NY AND CURRENTLY AWAITING EVALUATION BY INSURANCE ADJUSTER.

OF NOTE, 5 MONTHS EARLIER THE WINDSHIELD HAD CRACKED WHEN HIT WITH SMALL ROCK AND WAS REPLACED AT SUBARU DEALERSHIP WHERE THE VEHICLE WAS PURCHASED.

**NHTSA ID Number:** 11306471
**Incident Date** January 18, 2020
**Report Date** February 1, 2020
**Consumer Location** MINNEAPOLIS, MN
**Vehicle Identification Number** JF2SKAPC8KH****
**Summary of Complaint:**
WHILE DRIVING AND VEHICLE IN MOTION, INTERMITTENTLY THE FOLLOWING INDICATOR/WARNING LIGHTS COME ON, STAY ON, GO OFF, AND COME BACK ON AGAIN WITHOUT ANY PATTERN: THE BSD/RCTA WARNING, THE AUTO START STOP, HILL DESCENT CONTROL, ACCIDENT AVOIDANCE/BRAKING, LANE ASSIST, AND EYESIGHT. ONE OR MORE WARNING/INDICATOR LIGHT COMES ON AND THEN SOMETIMES GOES OFF EVERY TIME I DRIVE. STARTED ON JANUARY 18TH-STILL HAPPENING FEB 1, 2020.. HAPPENS REGARDLESS OF ROAD CONDITION (DRY, WET), TEMPERATURE (VERY COLD, WARM (40 DEGREES), OR SPEED (25 MPH TO 60 MPH). THIS HAS HAPPENED ON HIGHWAY, CITY, RURAL ROADS. THE DRIVER TOUCHES NOTHING AND DOES NOTHING TO BEGIN/END THESE. SOMETIMES THE LIGHTS STAY ON AND THEN WHEN TRIP IS ENDED, VEHICLE TURNED OFF AND RESTARTED, THE LIGHTS REMAIN ON. SOMETIMES NEXT TIME THE VEHICLE IS STARTED, THE LIGHTS ARE OFF. THE LANE ASSIST INDICATOR AND AUTO BRAKING IN PARTICULAR, ARE OF CONCERN. THE LANE ASSIST COMES ON (ON ITS OWN) AND IS WHITE—THEN, WHILE DRIVING, IT TURNS GREEN AND TRIES TO STEER THE CAR OFF TO THE RIGHT —THE DRIVER HAS TO HOLD ON TIGHT AND FIGHT THE STEERING WHEEL AND CAR. THIS SEEMS VERY UNSAFE. THE DRIVER HAS TRIED TURNING OFF THESE LIGHTS/FUNCTIONS WHEN THEY JUST POP UP—WHILE DRIVING— BUT IF IN HEAVY TRAFFIC, CANNOT ALLOW FOR THESE DISTRACTIONS. IF CLEAR/NO TRAFFIC, DRIVER ATTEMPTS SHUTTING OFF THESE FEATURES BY PRESSING THE BUTTONS WITH THESE ICONS —ON THE CENTER REAR VIEW MIRROR PANEL OR ON THE LOWER LEFT PANEL BELOW DASHBOARD. SOMETIMES THIS WORKS, SOMETIMES DOESN'T AND THEY REMAIN ON. THE UNEXPECTED NATURE OF WARNING LIGHTS GOING ON AND OFF AND DIFFICULTY CONTROLLING THE STEERING WHEEL ARE REALLY CAUSING CONCERN. IT IS LIKE THE CAR IS POSSESSED. THIS IS A NEW VEHICLE (5 MONTHS). DEALER CONTACTED FOR SERVICE BUT TOLD HAD TO WAIT 3 WEEKS FOR APPOINTMENT. TRYING NOT TO GET IN AN ACCIDENT UNTIL THEN...

**NHTSA ID Number:** 11298861
**Incident Date** December 11, 2019
**Report Date** January 12, 2020
**Consumer Location** MODESTO, CA
**Vehicle Identification Number** 4S4WMAFD6K3****

**Summary of Complaint**
IN A MATTER OF 3 WEEKS, THE ASCENT CAME TO A COMPLETE STOP IN THE MIDDLE OF THE ROAD WITH NO OBJECTS IN VIEW OF THE CAR ON 2 DIFFERENT OCCASIONS. THE ANTI-COLLISION BRAKING SYSTEM INITIATED FROM APPROXIMATELY 35 MPH TO A COMPLETE STOP, THINKING THE FOG WAS AN OBJECT. THIS IS EXTREMELY UNSAFE AS THE VEHICLE CAN STOP AT ANYTIME, IN THE FOG. IF THERE WAS TRAFFIC ON THE ROAD, WE WOULD HAVE BEEN REAR ENDED. DEALERSHIP COULD NOT REPLICATE PROBLEM, WILL BE CONTACTING SUBARU DIRECTLY NEXT. MILEAGE IS APPROXIMATELY 8,500.

**NHTSA ID Number:** 11296743
**Incident Date** January 2, 2020
**Report Date** January 2, 2020
**Consumer Location** STERLING, VA
**Vehicle Identification Number** 4S4BSENC5J3****
**Summary of Complaint**
I WAS DRIVING IN A 4 LANE (TWO ON EACH DIRECTION) PARKWAY TOWARD A RED STOPLIGHT WITH ONE CAR STOPPED AT MY LANE AT THE LIGHT, I WAS COASTING, SLOWING DOWN TOWARD THE CAR. WHEN I WAS ABOUT 30 FT AWAY THE LIGHT CHANGED, THE CAR IN FRONT STARTED DRIVING AND I APPLIED THE ACCELERATOR. THE DISTANCE TO THE CAR IN FRONT WAS DEFINITELY INCREASING HOWEVER MY CAR WENT INTO EMERGENCY BRAKING MODE, CANCELLING MY ACCELERATION PEDAL ACTION AND STOPPING THE CAR. LUCKILY NO ONE WAS BEHIND ME AS IT WOULD HAVE ALMOST CERTAINLY ENDED IN A REAR-END COLLISION.

**NHTSA ID Number:** 11271764
**Incident Date** October 6, 2019
**Report Date** October 29, 2019
**Consumer Location** DELAND, FL
**Vehicle Identification Number** 4S4BSENC5F3****
**Summary of Complaint**
BRAKES WERE MOMENTARY APPLIED BY SUBURU EYESIGHT BRAKING ASSIST SYSTEM WHILE DRIVING (IN MOTION AT APPROXIMATELY 65 MPH) ON A STRAIGHT PORTION OF AN INTERSTATE HIGHWAY WITH NO OBSTRUCTION APPARENT. THIS HAD ALSO HAPPENED ONE OTHER TIME IN THE SAME VEHICLE SEVERAL MONTHS BEFORE IN SIMILAR CIRCUMSTANCES. ON BOTH INSTANCES THE DRIVER HAD HER FOOT ON THE ACCELERATOR AND THE BRAKES RELEASED AFTER ONLY A SHORT DECELERATION. A QUICK FLASH OF THE BAS WARNING LIGHT WAS ALSO OBSERVED IN THE SECOND INSTANCE. A SECOND PERSON IN THE CAR AT THE TIME ALSO STATES THAT THERE WAS NO OBSTRUCTION SEEN ON THE ROAD AND THE DISTANCE TO ANY CAR AHEAD IN THE SAME LANE SHOULD NOT HAVE CAUSED THE PROBLEM BEING REPORTED. THERE WAS A REAL CONCERN THAT CARS FOLLOWING US ON THIS BUSY HIGHWAY COULD HAVE EASILY CAUSED A REAR-END COLLISION IF THE BRAKES HAD NOT RELEASED QUICKLY. THE DRIVER HAD NEVER TAKEN HER FOOT OFF THE ACCELERATOR AND WAS CAUGHT COMPLETELY BY SURPRISE.

**NHTSA ID Number:** 11271199
**Incident Date** September 27, 2019
**Report Date** October 26, 2019
**Consumer Location** COOPERSBURG, PA

**Vehicle Identification Number** 4S4BSAFC5H3****
**Summary of Complaint**
I OWN AND DRIVE A 2017 SUBARU OUTBACK PREMIUM. I LIKE THIS CAR AND ENJOY
DRIVING IT. MY CAR HAS THE FULL EYESIGHT SAFETY SYSTEM. ON SEPTEMBER 27 2019 I
WAS DRIVING SOUTHBOUND ON THE NORTHEAST EXTENSION OF THE PENNSYLVANIA
TURNPIKE. I WAS A FEW MILES SOUTH OF THE LANSDALE EXIT IN THE MIDDLE LANE OF
THREE. THE ROAD WAS DRY, THE WEATHER CLEAR AND TEMPERATURE ABOUT 80
DEGREES. I WAS DRIVING BETWEEN 65 AND 70 MPH. A CAR PASSED ME ON THE RIGHT
AT A HIGH RATE OF SPEED AND PULLED INTO MY LANE IN FRONT OF ME. MY SUBARU
PRE-COLLISION BRAKING SYSTEM SLAMMED ON THE BRAKES AND BROUGHT ME TO AN
ABRUPT STOP IN MY LANE. I HAD NO CONTROL OF THE VEHICLE. MY WIFE WAS
SCREAMING " WHAT ARE YOU DOING ? WHAT ARE YOU DOING ? "MY EYES WENT TO
THE REAR VIEW MIRROR TO SEE WHO WAS GOING TO HIT ME. MY FOOT STAYED ON THE
ACCELERATOR TRYING TO KEEP MOVING. THE PRE-COLLISION BRAKING SYSTEM
FINALLY RELEASED THE CAR AND I WAS ABLE TO MOVE AGAIN. I MOVED TO THE
RIGHT LANE AND PUT MY EMERGENCY FOUR WAY FLASHERS ON. IT HAPPENED TWO
MORE TIMES IN THE NEXT MILE. I PULLED OVER AND CALLED THE DEALERSHIP AND
THEY ADVISED HOW TO TURN OFF THE PRE-COLLISION BRAKING SYSTEM. ON OCTOBER
3RD I TOOK MY OUTBACK TO THE CIOCCA SUBARU DEALERSHIP IN ALLENTOWN PA.
THEY KEPT THE CAR FOR A WEEK AND CLAIMED THERE IS NOTHING WRONG WITH
THEIR EYESIGHT SYSTEM. I DON'T FEEL SAFE DRIVING THIS CAR.

**NHTSA ID Number:** 11268614
**Incident Date** October 13, 2019
**Report Date** October 15, 2019
**Consumer Location** ARLINGTON, VA
**Vehicle Identification Number** 4S3GTAU63H3****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 SUBARU IMPREZA. WHILE THE CONTACT WAS
COASTING THE VEHICLE FORWARD IN THE DRIVEWAY, IT INDEPENDENTLY SURGED
FORWARD WITHOUT WARNING AND CRASHED INTO THE GARAGE DOOR. THE CONTACT
STATED THAT THE FAILURE OCCURRED TWICE BEFORE AND THAT THE EYESIGHT
AUTOMATIC BRAKING FEATURE FAILED TO ACTIVATE DURING EACH OCCURRENCE.
THE AIR BAGS DID NOT DEPLOY UPON IMPACT AND THERE WERE NO INJURIES. A
POLICE REPORT WAS NOT FILED. THE DEALER (BEYER SUBARU, 7416 RICHMOND HWY,
ALEXANDRIA, VA 22306, 703-768-5800) WAS NOTIFIED OF THE FAILURE AND INFORMED
THE CONTACT TO TAKE THE VEHICLE TO AN INDEPENDENT BODY SHOP FIRST AND
THEN BRING IT TO THEM FOR DIAGNOSTIC TESTING. THE CONTACT EMAILED THE
MANUFACTURER REGARDING THE FAILURE. THE VEHICLE REMAINED ON THE
CONTACT'S PROPERTY AND HAD NOT BEEN REPAIRED. THE FAILURE MILEAGE WAS
APPROXIMATELY 20,000. *TT*JB

**NHTSA ID Number:** 11256458
**Incident Date** September 7, 2019
**Report Date** September 18, 2019
**Consumer Location** WASHINGTON, DC
**Vehicle Identification Number** JF2SKAPC7KH****
**Summary of Complaint**
I HAVE EXPERIENCED TWO INSTANCES OF PHANTOM BRAKING, SIMILAR TO REPORTS
I'VE READ ABOUT NISSAN ROGUES. ONCE IN JULY, AND ONCE LAST WEEK. IN BOTH
CASES I WAS DRIVING AT LOW HIGHWAY SPEED ON A SUNNY AFTERNOON. THE CAR'S

"OBJECT DECTECTED" WARNING FLASHED AND BEEPED, AND THE CAR BRAKED AUTOMATICALLY, FOR NO REASON. I SUSPECT BRIGHT SUNLIGHT AND/OR A SHADOW ON THE HIGHWAY WAS TO BLAME

**NHTSA ID Number:** 11230315
**Incident Date** January 23, 2019
**Report Date** July 9, 2019
**Consumer Location** FAIR LAWN, NJ
**Vehicle Identification Number** JF2SKAWC8KH****
**Summary of Complaint**
WHEN I START MY CAR VIA SUBARU STARLINK THE FOLLOWING TECHNICAL ISSUES OCCUR VOICE OVER BLUETOOTH GETS DISTORTED, APPLE CARPLAY DOES NOT CONNECT OR AFFECTS RADIO FIRST WAS NOTICED JAN 23, 2019. ALSO, POWER REAR GATE DOOR WOULD FAIL AND WOULD NOT OPEN WITH REAR GATE BUTTON, DASH BUTTON OR VIA KEY FOB AS THIS ON AND OFF PROBLEM ALSO NOTICED AFTER CAR IS STARTED VIA REMOTE APP STARLINK. POWER GATE PROBLEM REPORTED FIRST ON JAN 23, 2019 AND CONTINUES THROUGH THE PRESENT DATE. EYESIGHT FAILED ON JUL 06, 2019 WHEN CAR WAS STARTED VIA STARLINK, JUL 07, 2019 EYESIGHT BACK ON AND FAILED AGAIN ON JUL 08, 2019 WHEN CAR WAS MANUALLY STARTED FROM PARKING POSITION. WHEN EYESIGHT FAILS IT EFFECT VEHICLE DYNAMIC CONTROL WHICH ANALYZES STEERING ANGLE, ENGINE SPEED AND BRAKING CONDITIONS. ALSO, CRUISE CONTROL FAILS TO WORK ANS WELL SUBARU REVERSE AUTOMATIC BREAKING. TOTAL MILES ON THE CAR 7321 AS OF JUL 08, 2019.

**NHTSA ID Number:** 11190303
**Incident Date** February 12, 2019
**Report Date** March 20, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** 4S4WMARD4K3****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2019 SUBARU ASCENT. WHILE DRIVING 14 MPH IN A PARKING LOT, THE CONTACT ATTEMPTED TO ENGAGE THE EYESIGHT PRE-COLLISION BRAKING SYSTEM; HOWEVER, IT FAILED AND THE VEHICLE CRASHED INTO A POLE. THE AIR BAGS DID NOT DEPLOY. A POLICE REPORT WAS NOT FILED. THERE WERE NO INJURIES. THE DEALER AND MANUFACTURER WERE NOT CONTACTED. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE FAILURE MILEAGE WAS 5,400.

**NHTSA ID Number:** 11183351
**Incident Date** December 20, 2016
**Report Date** March 1, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** 4S4BSENC9G3****
**Summary of Complaint**
I HAD AN ACCIDENT @ 5PM-ENTERING A BUSY ROAD FROM A DRIVEWAY-HIT THE SIDE DOOR OF A CAR RACING LEFTTORIGHT IN FRONT OF ME. MY FAULT OF COURSE. I HEARD NO BEEP WARNING FROM THE SO-CALLED COLLISION MITIGATION SYSEM (?), NOR DID I FEEL ANY BRAKING. SUBSEQUENTLY I TESTED THIS FEATURE IN MY DRIVEWAY WHERE I SLOWLY DROVE THE CAR FORWARD TOWARD MY LARGE GARAGE, I WOULD HAVE HIT THE GARAGE-NO BEEP-NO BRAKING. THEN, IN A SNOW STORM, I HAD TO BRAKE SOASTO NOT HIT A LARGE TRUCK SKIDDING IN FRONT OF ME. I MISSED HITTING HIM BY INCHES. AGAIN, I HEARD NO BEEP AND FELT NO BRAKING. DEALER

TESTED THIS FEATURE ON MY CAR BY LETTING IT GO TOWARDS BRUSHES IN A CARWASH, I HEARD BEEP WARNING, BUT AGAIN FELT NO BRAKING. DEALER SAID SYSTEM IS WORKING PROPERLY. AND SO-I CONCLUDE THAT WHENEVER I HEAR ANY KIND OF WARNING BEEO, I SHOULD MANUALLY AND QUICKLY 'HIT THE BRAKES', NO MATTER WHAT. AFTER ALL, I HAVE TO KEEP MY EYES ON THE ROAD FOR GOD'S SAKE. I AM NOT HAPPY.

**NHTSA ID Number:** 11176385
**Incident Date** February 11, 2019
**Report Date** February 11, 2019
**Consumer Location** SPRINGFIELD, VA
**Vehicle Identification Number** 4S4WMAFD1K3****
**Summary of Complaint**
I WAS IN TRAFFIC AND THE DASH- STARTED FLASHING AND EVERYTHING AT ONCE STARTED SHUTTING OFF AND THEN BRAKE WAS APPLIED ON ITS OWN. VERY SCARY WHILE IN TRAFFIC- I HAVE BEEN WAITING FOR A TOW TRUCK FOR OVER 3 HOURS.

DIALS: AT OIL TEMP FLASHES, ALL ELECTRONIC THINGS IS ALL OFF AND LIT. TRANSMISSION AND BRAKING ISSUES- ALL AT ONCE.

CITY STREET BRADDOCK RD AND I PULLED OFF AT KINGS PARK SHOPPING CENTER IN FRONT OF WELLS FARGO AND CVS, STATIONARY.

**NHTSA ID Number:** 11092857
**Incident Date** March 8, 2018
**Report Date** May 10, 2018
**Consumer Location** BLUFFTON, SC
**Vehicle Identification Number** 4S4BSAFC5H3****
**Summary of Complaint**
BOUGHT A 2017 SUBARU OUTBACK WAGON 2.5I PREMIUM WITH OPT PACKAGE 14 LAST FEB, 2017. THE OPTION PACKAGE WAS THE EYESIGHT DRIVER-ASSIST SYSTEM. TWICE SO FAR, WHILE DRIVING IN GOOD WEATHER, THE BRAKES HAVE SLAMMED ON FOR NO APPARENT REASON - LEAVING RUBBER ON THE ROAD AND THROWING MY WIFE AND I FORWARD. THEY APPLY FOR APPROX 2-3 SECONDS AND THEN - THE CAR CONTINUES. FORTUNATELY, THIS HAS HAPPENED ON ROADS THAT HAVE NOT BEEN BUSY AND NO ONE BEHIND US.

I IMMEDIATELY TOOK THE CAR TO THE DEALER WHEN THIS HAPPENED ON 3/8/2018 AND WAS INFORMED THEY WERE NOT AWARE OF ANY ISSUE THAT WOULD CAUSE THIS. THIS CONTRADICTED WHAT THE SERVICE REP TOLD ME ON 1/8/2018 WHEN I TOOK IT IN FOR THE 6,000 MILE SERVICE. HE TOLD ME A COMPUTER UPDATE HAD BEEN RUN TO CORRECT THIS. I REQUESTED THAT THEY DOWNLOAD THE ONBOARD COMPUTER AFTER THIS SECOND INCIDENT WHICH SHOULD SHOW SPEED, BRAKING, TURNING, ETC... WHEN I DROPPED IT OFF. ON PICK UP, WE WERE TOLD THAT THE CAR COMPUTER DOES NOT RECORD THIS INFORMATION, THEY TEST DROVE THE CAR AND COULD NOT DUPLICATE THE ISSUE AND NO DEFECT FOUND.

I CONTACTED SUBARU OF AMERICA AND PROVIDED ALL OF THE INFORMATION TO THEM. THEY ADVISED THEY WOULD CONTACT THE DEALER AND GET ALL OF THE DETAILS. THEY LATER FOLLOWED UP WITH ME AND ADVISED THERE WERE NO STORED FAILED CODES AND NO ISSUES FOUND WITH THE EYESIGHT SYSTEM AND NO

7

INFORMATION STORED ON THIS INCIDENT IN THE CAR. THEREFORE, NO ISSUE OR
DEFECT WITH THE EYESIGHT SYSTEM AND THEY COULD NOT RECOMMEND ANY
REPAIRS.

THIS LACK OF COMPUTER STORED INFORMATION CONTRADICTS WHAT THEIR OWN
MANUAL SAYS. IT STATES "EYESIGHT RECORDS AND STORES THE FOLLOWING DATA
WHEN THE PRE-COLLISION BRAKING SYSTEM IS OPERATED." IT THEN LISTS - STEREO
CAMERA IMAGE; DISTANCE FROM VEHICLE IN FRONT; VEHICLE SPEED; STEERING
WHEEL TURNING; BRAKE PEDAL OPERATION…ETC.

I NOW TURN EYESIGHT OFF WHEN DRIVING AS I HAVE NO TRUST/FAITH IN IT.

**NHTSA ID Number:** 11091101
**Incident Date** February 28, 2017
**Report Date** April 30, 2018
**Consumer Location** AGOURA HILLS, CA
**Vehicle Identification Number** 4S4BSANCXH3****
**Summary of Complaint**
THE AUTOMATIC REAR BRAKING IS OVERLY SENSITIVE AND SLAMS ON THE BRAKES
ANYTIME I BACK OUT OF A DRIVEWAY; UNLESS I COME TO A COMPLETE STOP AT THE
MOMENT THE TIRES MAKE CONTACT WITH THE STREET. THE DEALER TELLS POTENTIAL
CUSTOMERS THIS CAN BE ADJUSTED, BUT WHEN I TOOK THE CAR IN FOR AN
ADJUSTMENT, THE SERVICE DEPARTMENT TOLD ME IT WAS AGAINST THE LAW TO
ADJUST IT. SUBARU CLAIMS IT'S WORKING AS DESIGNED, BUT THEY'VE NEVER TESTED
IT ON THE ROAD. THE ONLY THING THEY DO IS PLUG IT IN TO THEIR COMPUTER; AND
THEY FIND NO ERROR CODES. THE 2018 SUBARU OUTBACK IS NOT AS SENSITIVE.

**NHTSA ID Number:** 11083319
**Incident Date** November 25, 2017
**Report Date** April 4, 2018
**Consumer Location** CASPER, WY
**Vehicle Identification Number** 4S4BRDPC1E2****
**Summary of Complaint**
I WAS IN HEAVY TRAFFIC ON I-17 NORTH OF PHOENIX AZ. ADAPTIVE CRUISE CONTROL
(ACC) WAS SET AND I WAS FOLLOWING THE CAR AHEAD AT THE MAXIMUM DISTANCE
SET BY ACC. MY FOOT WAS NOT ON THE ACCELERATOR OR THE BRAKE.

I SAW THE PRECEDING CAR'S BRAKE LIGHTS COME ON, AND I FELT MY CAR START TO
SLOW. THE PRECEDING CAR STOPPED AND IT BECAME APPARENT THAT MY CAR WAS
NO LONGER BRAKING, OR IF IT WAS, NOT HARD ENOUGH TO STOP. I APPLIED THE
BRAKES BUT IT WAS TOO LATE AND WE HIT THE CAR IN FRONT OF US AT A SPEED
GREAT ENOUGH TO DO $7000 OF DAMAGE TO THE FRONT OF MY CAR. CURIOUSLY THE
AIR BAGS DID NOT DEPLOY.

PASSENGERS IN THE CAR INCLUDED MY WIFE IN THE FRONT SEAT, WHO WAS THROWN
INTO THE SEAT/SHOULDER HARNESS HARD ENOUGH TO KNOCK THE WIND OUT OF HER.
SHE COMPLAINED OF CHEST PAINS AND WAS TAKEN BY AMBULANCE TO THE
HOSPITAL. NO SERIOUS INJURIES WERE FOUND. MY DAUGHTER IN THE BACK SEAT AND
I WERE RESTRAINED PROPERLY BY THE SEAT BELT AND SUSTAINED NO INJURIES.

I CONTACTED SUBARU AND TOLD THEM ABOUT THE ACCIDENT. THEY RESPONDED BY

8

TELLING ME THAT THEY WERE SENDING TWO ENGINEERS TO INSPECT MY VEHICLE. AFTER A MONTH OR 6 WEEKS THEY RESPONDED THAT THEIR INVESTIGATION WAS COMPLETE. THEY FOUND THAT 5 SECONDS BEFORE THE CRASH I WAS TRAVELING AT 45 MPH. 1.5 SECONDS BEFORE THE CRASH THE BRAKES WERE APPLIED (DISABLING ACC). THEY TOLD ME THAT THE EYESIGHT WAS FUNCTIONING NORMALLY AND WILL NOT STOP ALL CRASHES. SO SORRY.

I BELIEVE THERE IS SOMETHING WRONG, EITHER WITH THE DESIGN OR THE FUNCTIONING OF EYESIGHT AND ACC. MY CAR HAD 60,000 MILES ON THE ODOMETER AT THE TIME OF THE CRASH. I HAVE USED ACC HUNDREDS (PERHAPS THOUSANDS) OF TIMES IN HEAVY TRAFFIC. IT HAD ALWAYS PERFORMED AS ADVERTISED, I.E. MAINTAINING A CONSTANT DISTANCE BETWEEN ME AND THE CAR AHEAD. IT SLOWED AS NEEDED, AND CAME TO A STOP WHENEVER TRAFFIC STOPPED. THEN ONE DAY IT DIDN'T

**NHTSA ID Number:** 11072782
**Incident Date** February 13, 2018
**Report Date** February 13, 2018
**Consumer Location** THORNTON, CO
**Vehicle Identification Number** 4S4BSETC4H3****
**Summary of Complaint**
LEASE DATE | 08/25/17

ON 01/17/18 AFTER SEVERAL DAYS OF THE EYE SIGHT SYSTEM TURNING ON AND OFF, I NOTICE THAT A PIECE OF FOAM HAD FALLEN IN THE WAY OF THE PASSENGER CAMERA. I NOTIFIED SUBARU OF AMERICA OF THIS THROUGH THEIR WEBSITE AND MIKE SHAW SUBARU FIXED THE ISSUE. TODAY, AFTER TWO DAY OF EYE SIGHT SYSTEM TURNING ON AND OFF, I NOTICE THAT A PIECE OF FOAM HAD NOW FALLEN IN THE WAY OF THE DRIVER SIDE CAMERA. I HAVE NOT HAD THIS REPAIRED.

BOTH EVENTS SEVERELY INTERFERE WITH THE CARS SAFETY FEATURES FROM OPERATING AND, IN THE CASE OF THE FIRST OCCURRENCE, THE AUTO BRAKING SYSTEM DID DEPLOY INCORRECTLY AT TIMES.

**NHTSA ID Number:** 11060724
**Incident Date** January 1, 2018
**Report Date** January 5, 2018
**Consumer Location** ROCHESTER, MN
**Vehicle Identification Number** 4S4BSENCXF3****
**Summary of Complaint**
ATTEMPTED TO COME TO A STOP AT A PARKING SPOT IN FRONT OF A SHOP BUT CAR SPED UP AND COLLIDED WITH A WALL 6 FEET IN FRONT OF THE CAR. AUTOMATIC BRAKING SYSTEM DID NOT WORK OR ENGAGE AT SLOW SPEED.

**NHTSA ID Number:** 11031589
**Incident Date** April 1, 2017
**Report Date** October 3, 2017
**Consumer Location** PAYSON, AZ
**Vehicle Identification Number** 4S4BSENC8H3****
**Summary of Complaint**

9

TL* THE CONTACT OWNS A 2017 SUBARU OUTBACK. THE CONTACT STATED THAT THE REVERSE AUTOMATIC BRAKING SYSTEM INDEPENDENTLY APPLIED ITSELF. THE CONTACT STATED THAT THIS WAS DUE TO THE ASPHALT BEING AT AN ANGLE WHERE IT WAS CLOSE TO THE SENSORS OF THE VEHICLE. AUTONATION SUBARU SCOTTSDALE (15678 N NORTHSIGHT BLVD, SCOTTSDALE, AZ) INFORMED THE CONTACT THAT THEY WOULD NEED TO TEMPORARILY DISABLE THE FEATURE TO PREVENT FUTURE FAILURES WHEN REVERSING THE VEHICLE. THE MANUFACTURER WAS CONTACTED AND STATED THAT THE BRAKING SYSTEM WAS OPERATING AS DESIGNED. THE FAILURE MILEAGE WAS APPROXIMATELY 2,000.... .UPDATED 11/16/17 *BF

VEHICLE PURCHASE DATE SHOULD BE OR BEFORE INCIDENT DATE UPDATED 9/7/18*JB

**NHTSA ID Number:** 10938672
**Incident Date** November 19, 2016
**Report Date** December 29, 2016
**Consumer Location** ARLINGTON, VA
**Vehicle Identification Number** 4S4BSANC4F3****
**Summary of Complaint**
INVALID BRAKING INCIDENTS WITH SUBARU OUTBACK'S EYESIGHT PRE-COLLISION BRAKING SYSTEM. MY CAR HAS BRAKE SUDDENLY, WITHOUT CAUSE ON 3 OCCASIONS.

1) SUNNY MORNING ON A CROWDED RESIDENTIAL STREET GOING LESS THAN 25MPH WITH NO CARS DIRECTLY IN FRONT OF ME, CAR GAVE WARNING AND IMMEDIATELY BRAKED STOPPING THE CAR.

2) SUNNY AFTERNOON ON A WIDE RESIDENTIAL STREET GOING ABOUT 30MPH WITH NO CARS DIRECTLY IN FRONT OF ME, CAR GAVE WARNING AND IMMEDIATELY BRAKED SLOWING THE CAR SIGNIFICANTLY.

3) DARK AND RAINING ON A MAJOR HIGHWAY GOING 70MPH USING ADAPTIVE CRUISE CONTROL WITH NO CARS AROUND ME, CAR GAVE WARNING AND IMMEDIATELY APPLIED THE BRAKES HARD (NO SKIDDING OR SWERVING) SLOWING THE CAR TO ABOUT 25MPH BEFORE RELEASING CONTROL TO ME. VERY FORTUNATE THAT NO CARS WERE BEHIND ME.

AFTER EACH INCIDENT, I TOOK THE CAR INTO THE DEALERSHIP. THE DEALER WAS UNABLE TO RECREATE THE PROBLEM AND SAID THEY COULD NOT FIX THE CAR IF THEY COULD NOT RECREATE THE PROBLEM. AFTER REALIZING THE SIGNIFICANT SAFETY ISSUE FOLLOWING THE THIRD INCIDENT, I CALLED SUBARU CORPORATE CUSTOMER SERVICE. SUBARU SENT A CORPORATE ENGINEER TO LOOK AT THE CAR AND THE DATA RECORDINGS. THEY WERE UNABLE TO FIND ANY ISSUES WITH THE CAR AND AGAIN SAID THEY ARE UNABLE TO MAKE ANY REPAIRS WITHOUT RECREATING THE PROBLEM. IN THE 2+ YEARS AND OVER 30,000 MILES I'VE DRIVEN THE PROBLEM ONLY OCCURRED 3 TIMES, THE DEALER RECREATING THE PROBLEM SEEMS UNLIKELY GIVEN THEIR LIMITED TIME WITH THE CAR.

**NHTSA ID Number:** 10896525
**Incident Date** August 9, 2016
**Report Date** August 17, 2016
**Consumer Location** GLENWOOD, IA

**Vehicle Identification Number** JF2SJARC3FH****
**Summary of Complaint**
OUR 2015 SUBARU FOREST WILL RANDOMLY WHILE DRIVING HAVE ALL OF IT WARNING
LIGHTS COME ONE. EYESIGHT, HILL ASSIST, ABS, LANE DEPARTURE, ECT. IF YOU STOP
AND PUT IT IN PARK THEN IT WILL NOT COME OUT OF PARK UNLESS OVER RIDDEN. I
CALLED IN TO SUBARU AND THEY SAID "2015 SUBARU FORESTER RIGHT? IT PROBABLY
HAS A BAD BRAKE LIGHT SWITCH OR BRAKE LIGHT SENSOR, WHICH MEANS YOUR
BRAKES WILL NOT LIGHT UP WHILE DRIVING. THIS SEEMS TO BE A KNOWN ISSUE TO
SUBARU AS I HAVE SEEN MANY EXAMPLES OF THIS HAPPENING TO OTHER PEOPLE ON
SUBARU BOARDS. I WAS OUT OF WARRANTY AND THEY WANT ME TO PAY 170 DOLLARS
JUST TO DIAGNOSE THE ISSUE WHEN THEY CLEARLY KNOW WHAT THE ISSUE IS. THIS IS
A CRITICAL SAFETY HAZARD, IF MY BRAKE LIGHTS FAIL TO LIGHT UP WHILE DRIVING
DUE TO A KNOWN DEFECT, I OR SOMEONE ELSE COULD BE INJURED OR KILLED DUE TO
THEM NOT BEING ABLE TO RECOGNIZE MY BRAKING.

**NHTSA ID Number:** 11385178
**Incident Date** June 1, 2020
**Report Date** December 28, 2020
**Consumer Location** WINDSOR, CT
**Vehicle Identification Number** JF2SKAGC3KH****
**Summary of Complaint**
I NOTICED A SERIOUS SAFETY ISSUE WITH SUBARU'S LANE KEEP ASSIST SAFETY
FEATURE: WHEN DRIVING ON A BUSY HIGHWAY OVER AN AREA WHERE THE DOTTED
LINE HAD BEEN PAINTED OVER WITH DARK PAINT (BY ROAD WORKERS TO COVER IT UP
FOR A NEW LANE TO BE PAINTED) LANE KEEP ASSIST REGISTERED IT AS A LINE THAT
STILL EXISTS AND FORCEFULLY STEERED ME INTO THE LANE ON MY LEFT. TO AVOID
HITTING THE CAR IN THAT LANE, I FORCEFULLY TURNED TO THE WHEEL IN THE
OPPOSITE DIRECTION.

LUCKILY I AM A HEALTHY MAN WHO WAS ABLE TO STEER MYSELF BACK INTO MY
LANE, BUT IT TURNED MY WHEEL WITH ABOUT THREE TIMES THE FORCE OF REGULAR
LANE ASSIST: I THINK MANY PEOPLE INCLUDING YOUNGER PEOPLE AND THE ELDERLY
ARE AT AN EVEN HIGHER RISK LEVELS IF THEY ARE UNABLE TO TURN THE WHEEL LIKE
I DID. IT WAS A MUCH MORE FORCEFUL TURN THAN SUBARU'S REGULAR 'NON-URGENT'
LANE KEEP ASSIST.

THERE WERE NO VISUAL OBSTRUCTIONS PRESENT THAT THE EYESIGHT CAMERA WAS
PICKING UP: IT WAS REGISTERING THE OLD LINE THAT HAD BEEN PAINTED OVER. THIS
IS EXTREMELY IMPORTANT BECAUSE NOT ONLY IS THIS A SAFETY RISK FOR ANY TYPE
OF ROAD WORK THAT PAINTS OVER LINES DURING CONSTRUCTION OR REPAINTING,
BUT THIS ALSO POSES AN IMMEDIATE DANGER TO LIFE AND HEALTH TO PEOPLE
DRIVING ON ROADS WITH LINES THAT HAVE BEEN PAINTED OVER AND LEFT IN THAT
CONDITION. THE COMPUTER REGISTERED THE DARK LINE, MEANT TO VISUALLY COVER
UP THE OLD PAINT, AS A WHITE LINE!

I CONFIRMED THAT THIS IS A SYSTEMIC ISSUE AND NOT JUST INCIDENTAL WITH ME. I
FOUND A POST ON A SUBARU FORUM WHERE TWO PEOPLE DESCRIBE THE SAME
SITUATION I HAD. I WILL LINK THAT BELOW.

HTTPS://WWW.ASCENTFORUMS.COM/THREADS/LANE-KEEP-ASSIST-MALFUNCTION.9530/

I TRIED REACHING OUT TO SUBARU BUT THEY DID NOT REPLY. I BROUGHT THIS UP TO
MY SUBARU DEALER WHO ONLY CHECKED FOR RECALLS. I NEED THIS TO GET THE
ATTENTION IT DESERVES, PEOPLE ARE GOING TO DIE HERE. THEY PROBABLY ALREADY
HAVE.

**NHTSA ID Number:** 11372535
**Incident Date** February 1, 2019
**Report Date** November 1, 2020
**Consumer Location** ALAMEDA, CA
**Vehicle Identification Number** JF2SJAWC3FH****
**Summary of Complaint**
EYESIGHT SYSTEM FAILS REGULARLY OR DOES NOT WORK AT ALL. THIS IMPACTS ALL
PROXIMITY WARNINGS, AUTOMATIC SPEED CONTROL AND WHEEL SLIP CONTROL.

**NHTSA ID Number:** 11329157
**Incident Date** July 9, 2019
**Report Date** June 16, 2020
**Consumer Location** KANSAS CITY, MO
**Vehicle Identification Number** JF2GTANC4KH****
**Summary of Complaint**
THE WINDSHIELD CONTINUOUSLY ACCUMULATES SMALL CHIPS IN THE ROAD-FACING
SURFACE OF THE GLASS. SOME CHIPS FROM LARGE ROCKS ARE TO BE EXPECTED, BUT
THERE ARE FAR, FAR MORE SMALL CHIPS THAN CAN BE ACCOUNTED FOR BY LARGE
ROCKS HITTING THE GLASS. THESE CHIPS APPEAR TO OCCUR WHEN SOMETHING AS
SMALL AS GRIT FROM ROAD SANDING (DURING SNOW) HITS THE WINDSHIELD.

THIS CAUSES A SAFETY ISSUE BECAUSE THE VEHICLE IS EQUIPPED
WITH EYESIGHT TECHNOLOGY. WHEN SUNLIGHT OR HEADLIGHTS CATCH THESE CHIPS
AT CERTAIN ANGLES, LIGHT IS REFLECTED TOWARDS THE EYESIGHT CAMERAS. THIS
CAUSES THE EYESIGHT SYSTEM TO SUDDENLY ALERT THAT AN OBJECT MAY BE IN
FRONT OF THE VEHICLE. ON AT LEAST ONE OCCASION, THIS LIGHT REFLECTION
OCCURRED FOR A LONG ENOUGH DURATION THAT THE CAR APPLIED THE BRAKES IN
AN EFFORT TO STOP.

**NHTSA ID Number:** 11322418
**Incident Date** April 27, 2020
**Report Date** April 27, 2020
**Consumer Location** HUBER HEIGHTS, OH
**Vehicle Identification Number** 4S4BTAPC8L3****
**Summary of Complaint**
SUBARU EYESIGHT LANE CENTERING FAILURE.

DATE: 27APR 2020, TIME: ABOUT 9:45AM, LOCATION: I-75 SOUTH BOUND BETWEEN
DAYTON AND CINCINNATE OHIO, ABOUT MILE MARKER 29.8. ROAD CONDITIONS: DRY,
SUNNY AND BRIGHT.: ADAPTIVE CRUISE CONTROL ON, LANE CENTERING ON. VECHILE
MILAGE ABOUT 7700 MILES.

WHILE PASSING A SEMI ON THE LEFT, AT THE REAR CORNER OF THE SEMI THE
STEERING WHEEL TRIED TO MAKE A HARD SHARP RIGHT TURN.AS IF THE RIGHT SIDE OF
THE LANE HAD MOVED WAY TO THE RIGHT. I HAD A HARD GRIP ON THE STEERING
WHEEL WHICH WAS THE ONLY THING THAT KEPT ME FROM CRASHING INTO THE LEFT

REAR OF THE SEMI TRAILER.. I HAVE NOTICED IN THE PAST THAT THE LANE CENTERING HAS A TENDANCY TO STEER CLOSE TO SEMI'S WHILE PASSING EITHER ON THE RIGHT OR THE LEFT. FOR THIS REASON I TEND TO WATCH CLOSELY WHEN PASSING BUT THIS SUPRISED ME AT HOW HARD THE STEERING TRIED TO EXECUTE A LANE CHANGE, IT WAS ALMOST LIKE SOMEONE JERKED THE STEERING WHEEL TO THE RIGHT. AFTER BRINGING IT BACK ON COARSE THE LANE CENTERING STAYED IN THE PROPER LANE ABET, WANTING TO STAY TOWARDS THE RIGHT SIDE WHILE FINISHING PASSING. LANE CENTERING FUNCTIONED PROPERLY FOR THE NEXT FEW MILES AT WHICH TIME I TURNED IT OFF DUE TO APPROACHING SEVERAL SEMI'S. I DON'T BELIEVE THE SUBARA'S EYESIGHT LANE CENTERING FUNCTION IS RELIABLE.

THIS IS ALSO THE SECOND TIME THE LANE CENTERING HAS TRIED TO EXECUTE A LANE CHANGE SINCE OWNING THE VEHICLE.

**NHTSA ID Number:** 11319983
**Incident Date** November 30, 2018
**Report Date** April 1, 2020
**Consumer Location** FOND DU LAC, WI
**Vehicle Identification Number** 4S4BSATC4K3****
**Summary of Complaint**
I BELIEVE THE PROBLEM IS WITH THE EYESIGHT DRIVER ASSIST IF THIS IS ASSOCIATED WITH THE CRUISE CONTROL. I HAVE THE CAR SET AT 3 CAR LENGTHS & USE CRUISE ALWAYS. ON THE HIGHWAY WHEN CRUISE IS SET TO 70 - WITH OR WITHOUT FOLLOWING ANOTHER CAR - I WILL LOOK DOWN AND I FIND MYSELF GOING 85 MILES AN HOUR. THIS HAPPENS EVERY TIME I DRIVE ON THE HIGHWAY. OTHER PROBLEM IS THE SAFETY FEATURE OF STAYING IN ONE'S LANE. I HAVE NEVER HAD TO HOLD ONTO A STEERING WHEEL TO KEEP CONTROL OVER THE VEHICLE LIKE I DO NOW. IT OVER-CORRECTS AND I HAVE ACTUALLY BEEN THROWN INTO ANOTHER LANE. THIS IS MOST DANGEROUS ON THE HIGHWAY. I HAVE HAD THIS PROBLEM SINCE GETTING THE CAR AND HAVE REPORTED IT AND HAVE BEEN BLOWN OFF BY SUBARU DEALERSHIP WHERE I BOUGHT THE CAR AS WELL AS A LOCAL SUBARU REPAIR SHOP

**NHTSA ID Number:** 11309903
**Incident Date** February 5, 2020
**Report Date** February 18, 2020
**Consumer Location** FRESNO, CA
**Vehicle Identification Number** 4S4WMALD3L3****
**Summary of Complaint**
VEHICLE EYESIGHT SAFETY SYSTEM (ADAPATIVE CRUISE CONTROL), LANE DEPARTURE AND ANTI COLLISION SYSTEMS DEACTIVATED WHILE DRIVING. VEHICLE BACKUP CAMERA FAILED WHILE IN REVERSE.

**NHTSA ID Number:** 11307785
**Incident Date** February 7, 2020
**Report Date** February 7, 2020
**Consumer Location** SCOTLAND, CT
**Vehicle Identification Number** JF2SJAFCXGH****
**Summary of Complaint**
THE EYESIGHT HAS TURNED OFF SEVERAL TIMES RECENTLY AND WON'T TURN BACK ON UNTIL I STOP AND RESTART CAR. I HAVE HAD THE CAR FOR 3.5 YEARS AND THIS HAS NEVER HAPPENED BEFORE. THERE WAS NO SUNLIGHT AND VERY LIGHT MIST THIS LAST

13

TIME. THERE WAS NOTHING BLOCKING THE EYESIGHT CAMERA AT ALL. THIS IS NOT THE SAFETY FEATURE THAT I PAID EXTRA FOR.

**NHTSA ID Number:** 11292420
**Incident Date** December 30, 2019
**Report Date** January 1, 2020
**Consumer Location** BRONX, NY
**Vehicle Identification Number** JF2SJAGC1JH****
**Summary of Complaint**
ON SEVERAL OCCASIONS WHILE DRIVING ON THE HIGHWAY, MY EYESIGHT FEATURE SUDDENLY DISENGAGES AND MY CRUISE CONTROL CEASES TO WORK AND NO LANE ASSIST OR OTHER SAFETY FEATURES CONTAINED WITH THE "EYESIGHT PACKAGE" WORK FOR EXTENDED PERIODS OF TIME. THIS HAS OCCURRED WHEN IT IS RAINING OR SNOWING.

**NHTSA ID Number:** 11289740
**Incident Date** December 4, 2019
**Report Date** December 17, 2019
**Consumer Location** WARWICK, RI
**Vehicle Identification Number** JF2SKARC2LH****
**Summary of Complaint**
I WAS DRIVING MY 2020 SUBARU FORESTER SPORT IN THE LEFT LANE ALONG AN ON-RAMP TO THE HIGHWAY, WHICH CONSISTS OF A ROAD THAT CURVES TO THE RIGHT. THERE WAS SNOW ON THE GROUND BUT THE ROADS WERE CLEAR AND DRY. SUDDENLY AND IN A MATTER OF A FEW SECONDS, THE CAR BEGAN TO BEEP CONTINUOUSLY WHILE THE STEERING WHEEL VEERED TO THE LEFT AND LOCKED, AND THE ANTI-LOCK BRAKE SYSTEM KICKED IN AS I TRIED TO CORRECT THE WHEEL AND BRAKE THE CAR. I WAS SUDDENLY COMPLETELY OUT OF CONTROL OF THE VEHICLE AS THE CAR DROVE ME OFF THE ROAD AND DOWN INTO THE SNOWY MEDIAN, WHERE IT ROLLED AT LEAST ONCE BEFORE LANDING UPRIGHT. I BELIEVE THE ERROR WITH THE CAR MAY HAVE OCCURRED WITH SUBARU'S BRAND-NEW LANE CENTERING TECHNOLOGY, RELEASED WITH THE 2020 EDITION VEHICLES. THE TECHNOLOGY WILL PHYSICALLY DIRECT THE STEERING WHEEL TOWARDS THE CENTER OF THE LANE IF IT DETECTS THE VEHICLE IS GETTING TOO CLOSE TO EITHER LANE LINE. LANE CENTERING IS A FEATURE OF THE SUBARU'S DRIVER ASSIST TECHNOLOGY, CALLED EYESIGHT. I'M UNSURE IF THE MALFUNCTION OCCURRED WITH EYESIGHT OR WITH THE LANE CENTERING FUNCTION SPECIFICALLY.

**NHTSA ID Number:** 11221013
**Incident Date** April 2, 2019
**Report Date** June 28, 2019
**Consumer Location** ELGIN, SC
**Vehicle Identification Number** JF2GPANC7H8****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2017 SUBARU CROSSTRAK. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 35 MPH IN THE RAIN, THE DRIVER PRESSED THE BRAKE PEDAL BUT THE VEHICLE DID NOT STOP CAUSING THE VEHICLE TO CRASH INTO THE REAR OF A SECOND VEHICLE. DURING THE INCIDENT THE COLLISION AVOIDANCE FEATURE( "EYESIGHT") MALFUNCTIONED AND DID NOT STOP THE VEHICLE. THE FRONT END WAS SEVERELY DAMAGED BUT THE AIR BAG DID NOT DEPLOY. A POLICE REPORT WAS TAKEN AT THE SCENE AND THE VEHICLE WAS DRIVEN AWAY. NO INJURIES WERE

14

REPORTED. THE CAUSE OF THE FAILURES WERE NOT DETERMINED. THE LOCAL DEALER
AND MANUFACTURER WERE NOT YET NOTIFIED. THE FAILURE MILEAGE WAS 15,000.

**NHTSA ID Number:** 11207954
**Incident Date** May 15, 2019
**Report Date** May 16, 2019
**Consumer Location** GARLAND, TX
**Vehicle Identification Number** 4S4WMALD5K3****
**Summary of Complaint**
ALMOST 9500 MILES, RAINING OUTSIDE WIFE DRIVING NORMAL SPEED (HIGHWAY
DRIVING) AND EYESIGHT STOPPED WORKING AND CHECK ENGINE LIGHT CAME ON.
VEHICLE STILL RAN. SECONDLY TOOK TO LOCAL SUBRAU DEALERSHIP FOR 10,000
SERVICE THEY FOUND NOTHING WRONG AND DID SERVICE. WIFE LEFT DEALERSHIP
AND NOTICED CAR PULLING TO LEFT AFTER TIRES ROTATED. RETURNED TO
DEALERSHIP , THEY SAID IT WAS NORMAL FEATHERING OF TIRES.
WORRIED EYESIGHT AND ENGINE CAN BE AFFECTED WITH RAIN. ALSO AT A FEW
HUNDRED MORE MILES WE NOW SMELL BURNING OIL ON AND OFF OUTSIDE OF CAR.
WE HAVE ALSO EXPERIENCED HIGH REVVING MOTOR WITH NO FOOT ON GAS
PEDAL.(STATIONARY WHEN SMELLING BURNT OIL SMELL AND MOTOR REVVING. ALSO
ONCE HIGH REVVING WHILE MY 17 YEAR OLD WAS CITY DRIVING. LOVE TO DRIVE THE
CAR, HOPE IT HOLDS UP!

**NHTSA ID Number:** 11207332
**Incident Date** May 13, 2019
**Report Date** May 13, 2019
**Consumer Location** GALVESTON, TX
**Vehicle Identification Number** JF2SJAWC7JH****
**Summary of Complaint**
EYESIGHT SHUTS OFF , IN RAIN WHEN MOST NEEDED. DEALER STATES IT IS OK.

**NHTSA ID Number:** 11205226
**Incident Date** April 27, 2019
**Report Date** May 2, 2019
**Consumer Location** LOMBARD, IL
**Vehicle Identification Number** JF1VA1N68H8****
**Summary of Complaint**
DRIVING AND ON A TURN BETWEEN 35-40 MPH MY WRX FREAKED OUT. THE DASH
LIGHT UP LIKE A CHRISTMAS TREE, THE LANE TRACKING ALONG WITH THE ADAPTIVE
CRUISE CONTROL INDICATORS FLASHED, AND THE DASH
SAID EYESIGHT UNAVAILABLE. IT FELT LIKE I COULDN'T CONTROL THE CAR AND
ALMOST FELT AS IF IT ACCELERATED ON ITS OWN. I HIT THE BREAKS AND THE LOST
CONTROL OF THE VEHICLE AND ENDED UP IN A DITCH. THE FRONT OF THE CAR RAN
THROUGH BRUSH AND ENDED IN FRONT OF A TREE. THE AIRBAGS DEPLOYED ON THE
SIDE BUT WERE DELAYED ON THE PASSENGER SIDE UNTIL THE CAR STOPPED. MY
FIANCE WAS IN THE PASSENGER SEAT. FRONT AIRBAGS DID NOT GO OFF EVEN THOUGH
IT WAS A FRONT COLLISION. THE CAR WAS ON A COUNTRY ROAD WITH OTHER TRAFFIC
IN FRONT OF IT.

**NHTSA ID Number:** 11193964
**Incident Date** June 9, 2018
**Report Date** April 4, 2019

**Consumer Location** LINO LAKES, MN
**Vehicle Identification Number** JF2SJAGC1FH****
**Summary of Complaint**
EYESIGHT DRIVING ASSIST CAMERAS FAILED, INTERMITTENTLY AT FIRST THEN
COMPLETE FAILURE. THIS FAILURE ALSO TAKES OUT THE REAR BACKUP CAMERA AND
CRUISE CONTROL AND BRAKE ASSIST FUNCTIONS.

**NHTSA ID Number:** 11176202
**Incident Date** February 11, 2018
**Report Date** February 11, 2019
**Consumer Location** WOLCOTT, CT
**Vehicle Identification Number** JF2 SJAGC9J****
**Summary of Complaint**
THE EYESIGHT HAD BEEN MANIPULATED TO A WARNING EVEN WHEN THERE'S NO
OBSTRUCTION WHILE DRIVING FORWARD, WHILE BACKING UP IT GIVES A WARNING
THAT SOMEONE OR A VEHICLE IS ADJACENT TO MY CAR. THESE ARE JUST A FEW OF
THE PROBLEMS I ENCOUNTER. I HAVE AN IDEA WHO'S BEHIND THIS. BUT I CANNOT
PROVE IT. SOMEONE VERY KNOWLEDGEABLE IN COMPUTER SECURITY WITHIN MY
VICINITY. IT COMPROMISES THE SAFETY FEATURE OF THE CAR WHILE DRIVING AND
EVEN BACKING UP IN MY GARAGE.

**NHTSA ID Number:** 11139176
**Incident Date** September 9, 2018
**Report Date** October 9, 2018
**Consumer Location** PLYMOUTH, MN
**Vehicle Identification Number** 4S3BNBN60G3****
**Summary of Complaint**
EYESIGHT ADAPTIVE CRUISE CONTROL DOES NOT DETECT A STOPPED VEHICLE IN
FRONT AT ALL DIFFERENT SPEEDS. DRIVING ON HIGHWAY IF YOU COME UP ON A
COMPLETELY STOPPED VEHICLE THE EYESIGHT ADAPTIVE CRUISE CONTROL DOES NOT
DETECT THE VEHICLE A DRIVER ACTION IS NECESSARY TO STOP THE CAR.

THE SYSTEM WORKS FINE IF THE CAR IN FRONT IS MOVING.

**NHTSA ID Number:** 11132100
**Incident Date** September 25, 2018
**Report Date**  September 28, 2018
**Consumer Location** TIPP CITY, OH
**Vehicle Identification Number** 4S4BSAHCXG3****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2016 SUBARU OUTBACK. WHILE DRIVING APPROXIMATELY
45 MPH ON A LOCAL ROADWAY, THE EYESIGHT PRE-COLLISION BRAKE ASSIST
SUDDENLY ACTIVATED AND CAUSED THE VEHICLE TO COMPLETELY STOP. THE BRAKES
RELEASED SHORTLY AFTER THE FAILURE. THE DEALER (SUBARU OF DAYTON, 995
MIAMISBURG CENTERVILLE RD, WASHINGTON TOWNSHIP, OH 45459, 1-(888) 431-9557)
WAS NOTIFIED OF THE FAILURE. THE SERVICE CENTER MANAGER INDICATED THAT THE
FAILURE WAS ESCALATED TO THE MANUFACTURER. THE VEHICLE WAS NOT
DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND
THE CONTACT WAS WAITING FOR A FOLLOW-UP RESPONSE. THE VIN WAS NOT
AVAILABLE. THE APPROXIMATE FAILURE MILEAGE WAS 54,000. *TT

16

CONSUMER STATED CAR WAS TAKEN INTO THE DEALER AND SO INCIDENT SINCE. UPDATED 12/20/18*JB

**NHTSA ID Number:** 11118736
**Incident Date** July 29, 2018
**Report Date** August 9, 2018
**Consumer Location** HILLSBORO, OR
**Vehicle Identification Number** 4S4WMALD4K3****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2019 SUBARU ASCENT. WHILE DRIVING 45 MPH, THE VEHICLE BEGAN TO JERK VIOLENTLY TO THE POINT WHERE THE TIRES SCREECHED ACROSS THE ROAD. THERE WERE NO WARNING INDICATORS ILLUMINATED. WHEN THE BRAKE PEDAL WAS DEPRESSED, THE VEHICLE INDEPENDENTLY ACCELERATED RAPIDLY INTO THE DISTANCE. IN ADDITION, THE CONTACT STATED THAT THE BRAKES AND STEERING WHEEL SEIZED AFTER MINIMAL PRESSURE WAS APPLIED TO THE BRAKE PEDAL IN AN ATTEMPT TO STOP THE VEHICLE. FURTHERMORE, THE CONTACT STATED THAT THERE WAS A RUMBLING VIBRATION UNDERNEATH THE BRAKE PEDAL WHILE THE VEHICLE WAS IN MOTION. THE CONTACT WAS ABLE TO COAST THE VEHICLE TO A NEARBY GAS STATION AND CONTACTED ROADSIDE ASSISTANCE. THE VEHICLE WAS TOWED TO CARR SUBARU (11635 SOUTHWEST CANYON RD, BEAVERTON, OREGON 97006, (503) 672-3370) WHERE IT WAS DIAGNOSED THAT THE EYESIGHT ASSIST SAFETY FEATURE MALFUNCTIONED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND PROVIDED THE CONTACT WITH CASE NUMBER: 1-34973274988. THE FAILURE MILEAGE WAS 700.

**NHTSA ID Number:** 11065808
**Incident Date** January 22, 2018
**Report Date** January 30, 2018
**Consumer Location** CLINTON, CT
**Vehicle Identification Number** JF2GPAFC8FH****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2015 SUBARU CROSSTREK. WHILE DRIVING 65 MPH, THE EYESIGHT DRIVER ASSIST SYSTEM WARNING INDICATOR ILLUMINATED. THE CONTACT DROVE HOME, TURNED OFF AND RESTARTED THE VEHICLE, AND THE INDICATOR DIMMED. THE CONTACT STATED THAT THE FAILURE RECURRED SEVERAL TIMES. THE VEHICLE WAS TAKEN TO BERTERA SUBARU OF HARTFORD (111 WESTON ST, HARTFORD, CT 06120, (888) 865-1393) WHERE IT WAS DIAGNOSED THAT THE EYESIGHT SYSTEM NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 30,000.

**NHTSA ID Number:** 11062145
**Incident Date** January 11, 2018
**Report Date** January 11, 2018
**Consumer Location** MARLTON, NJ
**Vehicle Identification Number** 4S4BSBNC8F3****
**Summary of Complaint**
THE EYESIGHT SYSTEM TURNS ON AND OFF INTERMITTENTLY. THE VEHICLE IS TRAVELING AT SPEED AND ALL OF SUDDEN IT IS NOT. THE WINDSHIELD WAS CLEAR AND IT WAS NOT RAINING. THE VEHICLE WAS TRAVELING IN A STRAIGHT LINE. THIS HAS BEEN AN ONGOING ISSUE WHICH THE DEALER IS UNABLE TO RESOLVE.

**NHTSA ID Number:** 11055994
**Incident Date** December 20, 2017
**Report Date** December 21, 2017
**Consumer Location** BOONE, NC
**Vehicle Identification Number** JF2SJAWC1JH****
**Summary of Complaint**
BRAND NEW VEHICLE. DRIVING ON AN INTERSTATE AT 55MPH AND MADE A SLIGHT
LEFT TURN AT A BEND IN THE ROAD, WELL WITHIN THE CLEARLY PAINTED LANE
MARKERS. CLEAR WEATHER, TEMP ABOUT 50 DEGREES F. HEARD ONE BEEP AND LOST
CONTROL OF THE STEERING FOR A SECOND WHILE THE CAR STEERED ITSELF SLIGHTLY
LEFT. MY HANDS WERE ON THE STEERING WHEEL AND I WAS ACTIVE OPERATING THE
VEHICLE. STARTLING! HAPPENED TWO MORE TIMES. TOOK IT TO A DEALER AND HE
EXPLAINED THAT I MIGHT NOT BE USED TO ELECTRONIC STEERING. THE SAME DAY, ON
A TWO LANE ROAD AT 35 MPH, AT A SLIGHT LEFT BEND IN THE ROAD, ONE BEEP AND
LOST STEERING FOR ABOUT A SECOND BUT ENOUGH TO TAKE THE VEHICLE TO THE
EDGE OF THE SHOULDER. I WAS STARTLED AGAIN AND TURNED SHARP LEFT, CROSSING
THE DOUBLE YELLOW LINE INTO THE ONCOMING LANE. FORTUNATELY, THERE WERE
NO VEHICLES IN THE LANE. THE CULPRIT SEEMS TO BE THE "LANE KEEP ASSIST"
FEATURE OF THE EYESIGHT SYSTEM WHERE THE VEHICLE'S COMPUTER TAKES OVER
CONTROL IF IT DETECTS A LANE DEPARTURE UNDER CERTAIN CONDITIONS.
OBVIOUSLY, IT IS NOT FUNCTIONING CORRECTLY AND COULD HAVE CAUSED AN
ACCIDENT OR WORSE. TURNED LKA OFF.

**NHTSA ID Number:** 11024079
**Incident Date** July 15, 2015
**Report Date** September 18, 2017
**Consumer Location** SPRINGFIELD, MA
**Vehicle Identification Number** JF2SJHPC7EH****
**Summary of Complaint**
ON SUMMER 2015, I HAD A PROBLEM WITH MY 2014 SUBARU FORESTER XT.

I'M A SUBARU FAN.

MY CAR IS EQUIPPED WITH EYESIGHT SYSTEM, WHICH WILL APPLY BRAKES FOR ME IN
CASE I DON'T OR WILL INCREASE BRAKE FORCE TO AVOID A COLLISION IN CASE I
DIDN'T. THIS IS ONE OF THE STRONGEST SELLING POINTS OF THE EYESIGHT SYSTEM:
FRONTAL COLLISION AVOIDANCE. THAT DAY ON A BUSY HIGHWAY, DURING RUSH
HOUR, I WAS NOTICING SOME SPONGE EFFECT IN THE BRAKE PEDAL SO I DECIDED TO
INCREASE THE DISTANCE BETWEEN ME AND THE CAR IN FRONT OF ME. SUDDENLY, THE
BRAKE PEDAL STOPPED RESPONDING TO MY PROPORTIONALITY (CONTROLLED FORCE
APPLIED) AND I END UP REAR-ENDING THE CAR IN FRONT OF ME. I WORK TESTING
LANDING GEARS FOR PLANES AND HELICOPTERS SO BRAKE FADE WAS NOT NEW TO
ME. I IMMEDIATELY RECOGNIZE THE PROBLEM AND REPORTED TO THE DEALER. THE
PROBLEM WAS REPRODUCED BY THE DEALER'S TECHNICIAN AND THE CAR WAS
INTERNED FOR FURTHER REVISIONS. 2 DAYS LATER, THEY TOLD ME THAT THE LACK OF
SERVICE IN THE BRAKE SYSTEM WAS THE CAUSE OF THE PROBLEM BUT THE SERVICE
WAS DONE IN ANOTHER DEALER ON TIME. THAT WAS THE LAST EXCUSE I HEARD FROM
SUBARU. CUSTOMER SERVICE TOLD ME THAT THEY WILL NOT REPLACE ANY PART IN
THE CAR IF A DEALER DOESN'T APPROVE IT, SO I TOOK THE CAR TO THE SAME DEALER
WHERE THE 20,000KM SERVICE WAS DONE, 1 HOUR AWAY FROM MY TOWN. BY THAT

TIME, THE AMBIENT TEMPERATURE WAS LOWER FROM SUMMER 33C TO AUTUMN 17C. THE DEALER PUT MORE THAN 20KM ON THE CAR JUST TO TELL ME THAT HE COULD NOT REPRODUCE THE FAILURE SO THERE'S NO FAILURE AT ALL. I EXPLAIN TO HIM THAT THE FAILURE CANNOT BE REPRODUCED AT 17C TEMPERATURE. I EVEN SHOW HIM THAT THE BRAKE FORCE IS SO WEAK, IT NEVER ACTIVATES THE ABS SYSTEM, BUT ALSO IN VAIN. SUBARU CANT EXPLAIN WHY AN EYESIGHT EQUIPPED CAR ENDS UP REAR-ENDING THE CAR IN FRONT OF IT, IN BUSY TRAFFIC CONDITIONS. THEY SIMPLY DIDN'T ANSWER ME ANYMORE.

**NHTSA ID Number:** 11004021
**Incident Date** July 7, 2017
**Report Date** July 10, 2017
**Consumer Location** TUCSON, AZ
**Vehicle Identification Number** 4S4BSANC9G3****
**Summary of Complaint**
EYESIGHT TECHNOLOGY WARNING SHOWED INOPERABLE ALONG WITH LANE DEPARTURE AND FRONT END COLLISION AVOIDANCE SYSTEM. THE CAR HAD BEEN RUNNING LESS THAN 3 MINUTES AFTER OVER 24 . PULLED OVER CALLED DEALER WHO ATTEMPTED TO WALK ME THROUGH RESET. UNSUCCESSFUL NO AVAILABILITY FOR SERVICE SO SCHEDULED AN APPOINTMENT 3 DAYS LATER. CAR WARNING LIGHTS CLEARED ON THEIR OWN. SHOWED ADVISOR EMAIL FROM AUTO MESS. FROM SUBARU INDICATING WARNING LIGHT WAS AN ISSUE. WAS TOLD CODE WOULD BE CHECKED BUT SUBARU WAS AWARE OF THE ISSUE WHEN SOME CARS WERE OVERHEATED. DEALERSHIP WAS ADVISED TO CLEAR THE CODE AND SEND PEOPLE ON THEIR WAY. NO CODES REGISTERED AT ALL IN THE SYSTEM AND WHEN I LET THEM KNOW THAT CAR WAS ABSOLUTELY NOT OVERHEATED, I WAS TOLD THERE WAS NOTHING THAT COULD BE DONE BECAUSE SUBARU KNOWS THAT WHEN CARS OVERHEAT IT SOMETIMES HAPPENS. NOTHING COULD BE DONE BUT THE GREATER CONCERN IS THAT THEIR PREMISE OF WHEN THE ISSUE IS OCCURRING IS INACCURATE AT LEAST IN OUR CAR'S CASE AND IT DID NOT APPEAR, DUE TO THE REPETITION OF THE COMPANY CONTENTION THAT OVERHEATING WAS THE CAUSE OF THE ISSUE NOR WERE THEY WILLING TO ENTERTAIN ANY OTHER SCENARIO THAN THAT WHICH SUBARU ALREADY DECIDED. SPOKE WITH SUBARU OF AMERICA WHO 7/10/17 CUSTOMER SERVICE WHO STATED NOT AWARE OF ANY ISSUES BUT WOULD LOOK IN TO IT. BY THE END OF DAY 7.13.17.

**NHTSA ID Number:** 10979958
**Incident Date** March 23, 2017
**Report Date** April 23, 2017
**Consumer Location** JACKSONVILLE, NC
**Vehicle Identification Number** JF2SJAWCXFH****
**Summary of Complaint**
PROBLEM IS WITH THE SUBARU "EYESIGHT" SYSTEM ON THIS VEHICLE. THE SYSTEM HAS BEEN SUTTING ITSELF OFF MORE AND MORE OVER THE PAST FEW WEEKS UNTIL NOW, IT SHUTS DOWN THE SYSTEM AND CRUISE CONTROL MULTIPLE TIMES DAILY EVEN AT NIGHT.DAYTIME OR WHENEVER IT WANTS TO. THE LOCAL DEALER CHECKED IT AND FOUND NO PROBLEM THAT HE COULD SEE FOR IT.

**NHTSA ID Number:** 10968330
**Incident Date** March 15, 2017
**Report Date** March 24, 2017

**Consumer Location** LAKE FOREST, IL
**Vehicle Identification Number** 4S3GTAM67H3****
**Summary of Complaint**
EYESIGHT SYSTEM KEEPS TURNING ITSELF OFF. REAR CAMERA HAS FAR MORE
PROBLEMS AFTER FEDERAL REAR CAMERA RECALL. CAMERA OFTEN DOESN'T APPEAR
AND LEAVES ME WITH A BLANK SCREEN. EYESIGHT SYSTEM SHUTS OFF RANDOMLY
AND RESETS AFTER A RESTART. NOTHING ELSE CHANGES BUY A RESTART, AND
PROBLEM IS SOLVED. SOUND ALSO CEASES TO COME OUT OF THE RADIO, TOTAL
SILENCE, REGARDLESS OF INPUT AND VOLUME SETTING. ALL OF THE ABOVE IS
RANDOM. CAR'S BATTERY RUNS DOWN AT TIMES, AS THE SCREEN STAYS ON ON THE
RADIO, EVEN WHEN TURNED OFF. TWICE THE CAR WOULD NOT START. WE NOW CARRY
A BATTERY JUMP BOX WITH US AT ALL TIMES. PROBLEMS HAPPEN WHEN IN MOTION OR
PARKED. SPEED OR TIME RUNNING NOT RELATIVE TO ISSUES. CAR HAS BEEN INTO
THREE DIFFERENT DEALERS AND HAS AN APPOINT FOR A FOURTH RIGHT NOW. CAR
WAS DELIVERED FEB 9, AND HAS BEEN A TOTAL ELECTRICAL DISASTER.


**NHTSA ID Number:** 10966529
**Incident Date** March 16, 2017
**Report Date** March 17, 2017
**Consumer Location** SAN JOSE, CA
**Vehicle Identification Number** 4S4BSAFC8H3****
**Summary of Complaint:**
THE EYESIGHT SYSTEM FAILED TO BRAKE THE CAR AUTOMATICALLY.

**NHTSA ID Number:** 10926585
**Incident Date** June 30, 2016
**Report Date** November 17, 2016
**Consumer Location** RENO, NV
**Vehicle Identification Number** 4S4BSAFC8G3****
**Summary of Complaint:**
THE SUBARU EYESIGHT SYSTEM IS DANGEROUS. I'VE HAD TWO INSTANCES WHERE THE
VEHICLE ACTIVATED THE FORWARD-COLLISION WARNING AND STARTED TO BREAK
FOR REASONS UNKNOWN TO ME. ONCE WAS IN THE MIDDLE OF AN INTERSECTION.
FORTUNATELY, THE CARS BEHIND ME WERE NOT TOO CLOSE TO REAR END ME. THIS
HAPPENED AROUND 2 P.M. IN THE MIDDLE OF SUMMER WITH THE SUN BEHIND THE
VEHICLE.

I BROUGHT THE VEHICLE IN FOR RECALL WORK TO THE LOCAL SUBARU DEALERSHIP
SEVERAL MONTHS LATER AND ASKED THEM TO PULL ANY RELEVANT DATA FOR THE
TWO INCIDENTS. BY THEN, THE SYSTEM CLEARED THOSE TWO EVENTS. THE DEALER
SAID I SHOULD PURCHASE A VIDEO CAMERA AND RUN IT IN THE CAR WHILE DRIVING
TO CAPTURE ANY FALSE ALARMS IN ORDER TO HELP THEM TROUBLESHOOT IT AS
ACCORDING TO THEM THE SYSTEM DOES NOT CAPTURE ANY VIDEO/IMAGE DATA
WHEN IT RECORDS AN EVENT. THIS IS ABSOLUTELY OUTRAGEOUS. SUBARU HAS
CAMERAS IN THE EYESIGHT SYSTEM AND FLASH MEMORY TO STORE DATA IN -
STORING AN IMAGE SNAPSHOT IS NOT OVERLY STORAGE INTENSIVE, AND YET I AM
SUPPOSED TO INVEST SEVERAL HUNDRED DOLLARS IN AN INDEPENDENT VIDEO
CAMERA TO HELP SUBARU DEBUG THEIR SYSTEM.

THE DEALERSHIP SUGGESTED NOT USING EYESIGHT ON SUNNY DAYS WHERE THE

CAMERA COULD BE BLINDED BY THE SUN. HELLO - I LIVE IN NEVADA, IT'S SUNNY HERE OVER 300 DAYS PER YEAR. THIS WOULD MAKE THE EYESIGHT SYSTEM PRACTICALLY USELESS AND I'LL LOSE CRUISE CONTROL. HOW AM I SUPPOSED TO KNOW WHEN IT'S TOO SUNNY FOR THE SYSTEM THAT IT WILL MALFUNCTION?

**NHTSA ID Number:** 10914934
**Incident Date** October 8, 2016
**Report Date** October 9, 2016
**Consumer Location** AVONDALE, AZ
**Vehicle Identification Number** JF2SJAGC5FH****
**Summary of Complaint:**
DRIVING WITH EYESIGHT ENABLED AT 75MPH IN HEAVY TRAFFIC ON LOOP 202 FREEWAY AT APPROXIMATELY 2:30PM LOCAL TIME. WEATHER WAS SUNNY AND DRY, APPROXIMATELY 97 DEGREES. NEARLY RESULTING IN A CRASH. FEET WERE NOT ON ANY PEDAL. VEHICLE SUDDENLY LOST POWER AND REVD TO REDLINE AS IF THE CAR WAS IN NEUTRAL, ENGINE THEN SHUT OFF. INSTRUMENT CLUSTER SHOWED EVERY WARNING LIGHT ILLUMINATED. EYESIGHT DISPLAY SHOWED A VEHICLE DIRECTLY IN FRONT YET THERE WAS NO VEHICLE PRESENT. I CHECKED TO MAKE SURE GEAR SELECTOR WAS STILL IN DRIVE. PRESSED THE ACCELERATOR WHICH HAD NO AFFECT, NO RPM CHANGE. WAS ABLE TO COAST A SHORT DISTANCE BUT STILL OBSTRUCTED TRAFFIC. POLICE HAD TO SHUT DOWN FREEWAY TO MOVE MY VEHICLE TO THE SHOULDER. ATTEMPTS TO RESTART VEHICLE FAILED, ALL WARNING LIGHTS ON INSTRUMENT CLUSTER ILLUMINATE ANY TIME THE KEY IS TURNED TO THE "ON" POSITION. SUBARU ROADSIDE ASSISTANCE TOWED VEHICLE TO LOCAL SUBARU DEALER, AWAITING DIAGNOSIS.

**NHTSA ID Number:** 10875555
**Incident Date** June 17, 2016
**Report Date** June 21, 2016
**Consumer Location** CHAMPLIN, MN
**Vehicle Identification Number** 4S3BNAF62G3****
**Summary of Complaint:**
FOLLOWING ARE TWO MAIN ISSUES, CAUSALITY/CORRELATION UNCERTAIN. AFTER THE "SUBARU EYESIGHT" FAILED FOR ABOUT TWO MINUTES WHILE UNDERWAY (DASHBOARD CLUSTER LIT UP IN NUMEROUS PLACES, TOO), THE EYESIGHT SYSTEM RESET WHILE DRIVING. THEREAFTER, THE VEHICLE BEGAN TO "BUCK (E.G. LURCH FORWARD SEVERAL INCHES WITH A LOT OF FORCE)" WHEN THE VEHICLE'S CVT WAS IN "DRIVE" AND I WAS STOPPED WITH THE BRAKE DEPRESSED AT NORMAL PRESSURE. THIS HAS HAPPENED ABOUT SIX TIMES IN THE LAST FOUR DAYS, AND I AM EXTREMELY CONCERNED. THE "BUCK" IS SO SEVERE THAT THE FIRST TIME IT HAPPENED, I FELT LIKE I WAS REAR-ENDED. THE MOST RECENT TIME THAT IT OCCURRED, MY BEST FRIEND COULD HAVE BEEN SEVERELY INJURED WHEN THE CAR LURCHED FORWARD AS HE WAS STANDING OUTSIDE OF THE RUNNING VEHICLE, GATHERING THINGS FROM THE FRONT SEAT (E.G. FOOT OR LEG RUN OVER HAD HE BEEN TAKING GROCERIES OUT OF THE BACK SEAT). AT THIS POINT, THE SUBARU DEALERSHIP IS BEING COY ABOUT SITUATION RESOLUTION. WHAT IS ESPECIALLY CONCERNING IS THAT THE EYESIGHT SYSTEM IS SUPPOSED TO "KILL" ACCELERATION WHEN THE VEHICLE IS STOPPED, AND AN OBJECT FORWARD OF THE CAR IS DETECTED. YET, THE VEHICLE TRIED TO PROCEED FORWARD WHEN STOPPED IN TRAFFIC?

**NHTSA ID Number:** 10825580

**Incident Date** February 2, 2016
**Report Date** February 11, 2016
**Consumer Location** NEWFIELD, NY
**Vehicle Identification Number** JF2SJGXC3H4****
**Summary of Complaint:**
EYESIGHT SYSTEM DID NOT PICK UP VEHICLE IN FROMT OF CAR AND PROCEED TO
DRIVE STRAIGHT TOWARD AT 70MPH, I HAD TO BRAKE THE CAR. THIS HAPPENED TWICE
IN ONE DAY. DEALER SAID THEY TESTED CAR AND SYSTEM WAS WORKING FINE. THE
SYSTEM DID NOT DETECT THE LARGE VEHICLE IN FRONT.

**NHTSA ID Number:** 11403484
**Incident Date** March 16, 2021
**Report Date** March 17, 2021
**Consumer Location** PORT ORCHARD, WA
**Vehicle Identification Number** 4S4WMALD9M3****
**Summary of Complaint**
THE LANE ASSIST FEATURE (ONLY AN OPTION WHEN USING ADAPTIVE CRUISE
CONTROL; NOT THE SAME AS LANE CENTERING WHEN NOT USING THE ADAPTIVE
CRUISE CONTROL [THE BASICS LANE CENTERING WORKS JUST FINE]) SEEMS OVERLY
AGGRESSIVE. EACH TIME I HAVE USED LANE ASSIST WITH CRUISE CONTROL, IT JERKS
THE CAR VERY ABRUPTLY AT TIMES, ALMOST TO THE EXTENT OF SENDING IT INTO
ANOTHER LANE IF I DO NOT INTERVENE. I NO LONGER FEEL SAFE USING LANE ASSIST,
SO I TURN IT OFF WHEN USING CRUISE CONTROL. I AM VERY CONCERNED IT?S GOING
TO CAUSE AND ACCIDENT. THIS HAS HAPPENED AT LEAST 5 TIMES NOW WHILE
DRIVING ON THE FREEWAY (EVERY TIME I HAVE ATTEMPTED TO USE LANE ASSIST).

**NHTSA ID Number:** 11396190
**Incident Date** January 27, 2021
**Report Date** February 14, 2021
**Consumer Location** MCKINNEY, TX
**Vehicle Identification Number** 4S4BSAFC4K3****
**Summary of Complaint**
I REQUESTED MANY TIMES TO HAVE OUR CAR CHECKED FOR NHSTA CAMPAIGN :
19V493000. THE DEALERSHIP SAID OUR CAR WAS NOT INCLUDED IN THAT CASE.
OUR LANE ASSIST  WAS TOO AGGRESSIVE FROM THE FIRST DAY WE DROVE THE CAR.
THE DEALERSHIP SAID THE STEERING WAS SPEED SENSITIVE AND WE WERE DRIVING
TOO FAST. WE EXPLAINED THAT WE COULD NOT KEEP THE CAR IN THE LANE WHEN
DRIVING OVER 40 MPH. IN THE FIRST 24 MONTHS WE CARRIED THE CAR TO THE
DEALERSHIP 20 TO 30 TIMES FOR THE UNSAFE STEERING ISSUE. TWENTY FOUR MONTHS
LATER WE HAD A ROCK CHIP THE WINDSHIELD AND THE CHIP RAN INTO 3 CRACKS
EACH OVER 8 INCHES LONG THAT AFTERNOON WHILE THE CAR WAS IN OUR HOME
GARAGE. AFTER WE PAID A $500.00 DEDUCTIBLE AND THE DEALERSHIP REPLACED THE
WINDSHIELD , THE CAR DROVE BETTER. THE BATTERY HAS BEEN REPLACED THREE
TIMES, THE FUEL PUMP REPLACED, ALL THE SENSORS ON THE TAIL GATE HAVE BEEN,
THE PASSENGER SIDE WINDOW WOULD STICK 1/2 UP, AND MANY OTHER PROBLEMS. A
SCAN OF THE CAR SHOWS 10 MODULES FAILED WITH MANY ACTIVE CODES. THE CODES
ARE THE SAME AS BEFORE THE THIRD BATTERY WAS INSTALLED. MANY OF THE CODES
ARE SAFETY ISSUES.

**NHTSA ID Number:** 11327241

**Incident Date** May 25, 2020
**Report Date** June 4, 2020
**Consumer Location** OCALA, FL
**Vehicle Identification Number** JF2SKADC7LH****
**Summary of Complaint**
I LEASED MY 2020 FORESTER END OF MARCH AND MEMORIAL DAY DROVE TO MY
SISTER' S HOUSE 20 MILES AWAY. IT RAINED AS SOON AS I LEFT MY HOUSE. WHEN IT
WAS RAINING ON ME ALL THE SAFETY FEATURES STOPPED WORKING! LANE ASSIST /
LANE DEPARTURE. ISN' T THAT WHEN YOU NEED IT THE MOST. I COULD BEARLY SEE
THE ROAD IN FRONT OF ME AND NO SAFETY FEATURES WORKING! AS SOON AS IT
STOPPED THEY MAGICALLY CAME BACK ON. ALSO WHEN I USE THE CRUISE CONTROL
THE LANE ASSIST FEATURE GOES INTO HIGH GEAR. IT PUSHES THE VEHICLE TO THE
CENTER LINE EXTREMELY HARD. MORE SO THAN NORMAL. NOT AT ALL PLEASED WITH
THIS VEHICLE. I HAD HEARD SO MANY GOOD THINGS ABOUT SUBARU BUT AM NOT
EXPERIENCING THEM FIRST HAND. I WILL DEFINITELY NOT BE PURCHASING THIS
VEHICLE AT THE END OF MY LEASE AND WILL GET OUT OF THE LEASE IF AT ALL
POSSIBLE. *TR

**NHTSA ID Number:** 11287989
**Incident Date** November 27, 2019
**Report Date** December 9, 2019
**Consumer Location** BEAVERTON, OR
**Vehicle Identification Number** 4S4BSANC3J3****
**Summary of Complaint**
INTERMITTENTLY WHILE DRIVING, THE STEERING WHEEL WILL JERK TO THE RIGHT OR
LEFT. HAS HAPPENED ON STRAIGHT ROADS AND ON CURVED EXITS. SPEEDS FROM 30-
60MPH. DRY PAVEMENT, NO SAND/MUD/OTHER HAZARDS. HAS HAPPENED
APPROXIMATELY A DOZEN TIMES TOTAL. LANE ASSIST IS TURNED OFF.

**NHTSA ID Number:** 11280159
**Incident Date** November 9, 2019
**Report Date** November 14, 2019
**Consumer Location** HERNDON, VA
**Vehicle Identification Number** 4S4BSANC1H3****
**Summary of Complaint**
ON MULTIPLE OCCASIONS (WHEN STARTING IN DRIVEWAY - STOPPED, WHILE DRIVING
IN PARKING LOT - 5 MPH, DRIVING IN TOWN - 25 MPH, WHILE DRIVING ON HIGHWAY - 60
MPH) ALL ADVANCED SAFETY FEATURES ARE DISABLED INCLUDING (BUT NOT LIMITED
TO) EYE SIGHT (FAB - FORWARD AUTO BRAKE, ACC - ADAPTIVE CRUISE CONTROL, LAS
- LANE ASSIST STEERING), RAB - REAR AUTO BRAKE, REAR CROSS TRAFFIC ALERT,
BLIND SPOT DETECTION, PARK BRAKE, ABS, TRACTION CONTROL, POWER STEERING.

NOTE THAT THE FAILURE OF THESE SYSTEMS DOES NOT CAUSE A CHECK ENGINE
CONDITION AND NO ERROR CODES ARE LOGGED.

THE DEALER INDICATED THAT THE FIRST 4/5 FAILURES LEFT NO CODES.

THE NEXT FAILURE WAS DELIVERED TO DEALER WHILE RUNNING IN A FAILED STATE.

DEALER REPORTED NO CODES FOUND.

SINCE THE DEALER DID NOT REPORT THIS TO SUBARU I WILL BE REPORTING THIS
PROBLEM TO SUBARU.

**NHTSA ID Number:** 11270549
**Incident Date** September 15, 2019
**Report Date** October 23, 2019
**Consumer Location** OJAI, CA
**Vehicle Identification Number** 4S4WMAFD2K3****
**Summary of Complaint**
I HAVE THE SAME STEERING TROUBLE'S AS THE COMPLAINT FILED ON MAR. 03/19. I WAS
TOLD AT THE DEALERSHIP THAT THE LANE ASSIST HAS SOME STEERING CONTROL.
(COMPUTER STEERING ME) THEY ALSO SHOWED ME HOW TO TURN LANE ASSIST OFF. I
DID NOTICE THE DIFFERENCE IN CONTROL. NOW A FEW WEEKS INTO DRIVING WITH
THE LANE CONTROL OFF, THE CAR HAS RETURNED TO CORRECTING ITSELF AND
CONSTANTLY TELLS DRIVER THAT THIS SYSTEM HAS BEEN TURNED OFF. HAS SUBARU
MADE A BOEING MISTAKE?

**NHTSA ID Number:** 11267281
**Incident Date** July 22, 2019
**Report Date** October 9, 2019
**Consumer Location** GREER, SC
**Vehicle Identification Number** JF2GTANC3KH****
**Summary of Complaint**
WHEN DRIVING, ESPECIALLY AT HIGHWAY SPEEDS, THE STEERING WILL
UNEXPECTEDLY PUSH THE CAR ACROSS THE LANE, SOMETIMES HARSHLY, ESPECIALLY
AROUND CURVES. THIS IS MORE THAN A SIMPLE NUDGE FOR LANE ASSIST, IT SCARES
THE HECK OUT OF YOU AS YOU FIGHT THE STEERING WHEEL TO MAINTAIN CONTROL.
AT LEAST ON OUR CAR IT'S ENOUGH TO CAUSE AN ACCIDENT! THE CAR HAS BEEN IN TO
SUBARU THREE TIMES TO CORRECT THIS PROBLEM, WITHOUT SUCCESS. AFTER
INFORMING SUBARU OF AMERICA AND OPENING A FORMAL COMPLAINT (CASE
#148267253025) THEY DISMISS THIS AS THE EYE SIGHT/ LANE ASSIST WORKING, AND SAY
THE REMEDY IS TO TURN THIS SAFETY FEATURE OFF...WHICH TO US IS RIDICULOUS
AND NOT WHY WE PURCHASED THIS CAR. AS WE HAVE INFORMED SUBARU THE CAR
SITS IN OUR GARAGE AS WE ARE SIMPLY TOO AFRAID TO DRIVE IT. OUR INITIAL
COMPLAINT WAS IN JULY, AFTER OUR FIRST ROAD TRIP,AND THE PROBLEM RECURS
IRREGULARLY AND WITHOUT WARNING. THE CAR NOW HAS 5725 MILES ON THE
ODOMETER.

**NHTSA ID Number:** 11257727
**Incident Date** August 5, 2019
**Report Date** September 24, 2019
**Consumer Location** TWISP, WA
**Vehicle Identification Number** 4S4BSANC6J3****
**Summary of Complaint**
AT 13,000 MILES CAR STEERING PULLED TO THE RIGHT AND LEFT WITHOUT DRIVER
PERFORMING THIS ACT. FEELS LIKE CAR IS HYDROPLANING OR AFFECTED BY HIGH
WINDS WHEN NEITHER CONDITION IS PRESENT. PRESENTS DANGER AS DRIVER HAS NO
CONTROL AS TO WHEN THIS HAPPENS OR WHAT DIRECTION IT WILL GO. OCCURS AT
ALL SPEEDS BUT WORSENS AFTER 50MPH. RESEARCH SHOWS THERE ARE OTHER

COMPLAINTS OF THIS SAME SITUATION WITH OTHER SUBARU CARS. MY DEALERSHIP
CLAIMED THEY HAD NOT HEARD OF THE PROBLEM BUT SUGGESTED TO MANUAL TURN
OFF LANE ASSIST. I PERFORMED THIS ACTION TO NO AVAIL - THE PROBLEM CONTINUES
. HAPPENS ON CITY STREETS AT 25 MPH AS WELL AS ON HIGHWAYS. WHILE FIRST
INCIDENT WAS AUGUST 5, 2019 IT NEVER STOPPED.

**NHTSA ID Number:** 11210550
**Incident Date** May 27, 2019
**Report Date** May 29, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** 4S4BSANC4J3****
**Summary of Complaint**
THE STEERING WHEEL OF THIS CAR RANDOMLY TAKES OVER, FOR NO OBVIOUS
REASON, AT HIGH SPEEDS (OVER 45 MPH). I HAVE NO CONTROL OVER THE STEERING
WHEEL WHEN THIS HAPPENS. DRIVING THIS CAR HAS BEEN TERRIFYING! WHILE
PASSING A TRACTOR TRAILER, THE STEERING WHEEL PULLED ME TOWARDS THE
TRUCK 3 TIMES!!! I THOUGHT I WOULD BE KILLED! THIS IS A LOANER CAR FROM THE
DEALERSHIP. I CALLED THE DEALERSHIP, COLONIAL SUBARU, IN COLONIAL HEIGHTS,
VA, TO TELL THEM THERE IS SOMETHING WRONG WITH THIS CAR. I WAS INSTRUCTED
TO TAKE IT OUT OF LANE ASSIST MODE. THIS, HOWEVER, DID NOT SOLVE THE ISSUE.
THE CAR RANDOMLY PULLS TO THE RIGHT OR TO THE LEFT, WHEN LANE DRIFTING
ISN'T AN ISSUE. WHY ISN'T SOMETHING BEING DONE ABOUT THIS? I SEE THERE ARE
ALREADY DOCUMENTED CASES OF THIS WITH THE 2019 VEHICLE MODEL.

**NHTSA ID Number:** 11203981
**Incident Date** April 26, 2019
**Report Date** April 26, 2019
**Consumer Location** MINNEAPOLIS, MN
**Vehicle Identification Number** JF2GTAEC7K8****
**Summary of Complaint**
THE LANE ASSIST IS SOMETIMES OVERLY AGGRESSIVE, WITHOUT WARNING. WHEN
TAKING AN EXIT RAMP TO THE RIGHT IT ONCE VIOLENTLY TRIED TO CORRECT TO THE
LEFT. IN CROSSWINDS IT'S LIKE TRYING TO STEER A MARIO CART GAME AND WILL JERK
YOU BACK AND FORTH IN THE LANE.

**NHTSA ID Number:** 11193481
**Incident Date** February 5, 2019
**Report Date** April 2, 2019
**Consumer Location** LINCOLN, CA
**Vehicle Identification Number** 4S4BSANC9J3****
**Summary of Complaint**
SUBARU LANE ASSIST STEERING ISSUE. WHEN YOU HAVE LANE ASSIST ON THE CAR
WILL TRY AND STEER FROM ONE LANE TO ANOTHER ON ITS OWN. THIS HAPPENS WHEN
YOU ARE ON THE FREEWAY AND STARTED AFTER 10,000 MILES WAS ON THE CAR.

**NHTSA ID Number:** 11143844
**Incident Date** October 29, 2018
**Report Date** October 29, 2018
**Consumer Location** PHILADELPHIA, PA
**Vehicle Identification Number** 4S4BSAFC8J3****
**Summary of Complaint**

25

AT LEAST 10 TIMES IN THE PAST WEEK WE HAVE ALMOST CRASHED DUE TO THE STEERING. WE WENT OFF THE ROAD TWICE.

THE CAR IS SERIOUSLY VEERING OFF TO THE RIGHT, ALMOST LIKE YOU ARE HYDROPLANING ON DRY LAND. YOU CAN'T EVEN STEER THE CAR BACK INTO THE LANE. IT JUST GOES BY ITSELF.

I DID TAKE IT TO THE DEALER TODAY. THEY ARE SAYING THAT IT IS THE LANE ASSIST BEING ON AND TO TURN IT OFF. WE'VE HAD THE CAR FOR 5 MONTHS AND NOW ALL OF A SUDDEN THIS IS HAPPENING. IT IS NOT RIGHT AND SOMEONE IS GOING TO BE KILLED.

PLEASE INVESTIGATE THESE COMPLAINTS AND PLEASE DO A RECALL BEFORE INNOCENT PEOPLE ARE KILLED. THIS IS HAPPENING ON THE HIGHWAY AS WELL AS SMALLER STREETS

**NHTSA ID Number:** 11024931
**Incident Date** August 25, 2017
**Report Date** September 21, 2017
**Consumer Location** HIGHTSTOWN, NJ
**Vehicle Identification Number** JF2SJAWC0JH****
**Summary of Complaint**
WHILE DRIVING AT 60 MILES AN HOUR ON A 4 LANE HIGHWAY, I WAS GOING AROUND A SLIGHT CURVE WHEN THE LANE ASSIST CAME ON. I WAS IN THE LEFT LANE AND NOT NEAR THE LEFT LINE IN ROAD, BUT CENTERED IN THE MIDDLE OF LANE. I HEARD ONE BEEP AND THEN THE STEERING WHEEL BECAME VERY LOOSE IN MY HAND AND IT TOOK ME A FEW SECONDS TO GAIN CONTROL OF THE STEERING WHEEL. THIS ALSO HAPPENED WHILE GOING ON A SLIGHTLY CURVED CITY STREET GOING ABOUT 40 MILES AN HOUR. IT SCARED THE DICKENS OUT OF ME AS IT WAS NOT WHAT I EXPECTED THE LANE ASSIST TO DO. I WENT BACK TO DEALERSHIP AND TOLD THEM ABOUT THE STEERING AND THEY SAID I JUST NEEDED TO GET USED TO HOW THE ELECTRIC STEERING WORKED. AFTER IT HAPPENED A COUPLE MORE TIME I MADE APPOINTMENT FOR SOMEONE TO TAKE A TEST DRIVE. THE TECHNICIAN FELT A SLIGHT SWAYING BUT SAID IT WAS THE TYPE OF STEERING OF THE LANE ASSIST. HE SUGGESTED I TURN IT OFF AND NOT USE IT FOR A WHILE AND SEE HOW CAR THEN HANDLED. THE TECHNICIAN FILED CASE # 26296330423, NO PROBLEM FOUND WITH VEHICLE, SYSTEM IS OPERATING AS DESIGNED, NO REPAIR ATTEMPT PERFORMED. (EQMR WAS ALSO FILLED OUT AND SUBMITTED.) I HAVE NOT DRIVEN MY FORESTER WITH THE ASSIST ON SINCE THIS HAPPENED. I HAVE NOT HAD THIS LOOSE WHEEL STEERING HAPPEN AGAIN. I AM CONVINCED IT IS THE LANE ASSIST AND FEEL IT IS NOT WORKING PROPERLY IN MY VEHICLE. I WILL PROBABLY NEVER USE IT AGAIN. LANE DEPARTURE IS FINE, DOES WHAT IT'S SUPPOSED TO DO. I HAVE NO COMPLAINTS WITH THE DEALERSHIP OR THEIR TECHNICIAN, THEY WERE VERY THOROUGH AND KIND. THIS LANE ASSIST IS JUST AN ASPECT OF THIS SAFETY TECHNOLOGY THAT I DON NOT LIKE HOW IT WORKS. OR IS THERE SOMETHING WRONG WITH IT IN MY CAR THAT THIS HAS NOT HAPPENED TO OTHERS YET?

I DO UNDERSTAND HOW LANE ASSIST WORKS, I DID TEST DRIVES HAVING IT ON AND IT WOULD BRING ME BACK TO MY LANE IF I WENT OVER THE LINE WITHOUT A BLINKER ON.