# EXHIBIT B

**SubaruOutback.org**

      Obstruction Detected?
Anyone have THIS happen? 2020 Outback Premium >> In stop and go traffic SUDDENLY the warning appeared OBSTRUCTION DETECTED and the ABS braking system slammed on the brakes! There was NOTHING there!!!!! Luckily for me the car behind me was a sufficient distance behind that he didn't rear-end my car! – Bill E Bobb, August 28, 2020.

[]

Had a similar occurrence myself, going uphill, rounding a curve and a car (in his lane) appears headed downhill (driving normally) and my car panicked and slowed w braking like you described. Took me a minute to figure out the scenario that happened. No rain, no sun, no glare but plenty of trees and I guess the opposing car surprised my eyesight system and it thought something jumped out in front of me, which is good to know what the car would do if it were a deer jumping out in front of me! – Rori, August 31, 2020.[1]

      Eyesight no stopping in time using ACC?
I was in stop and go traffic the other day using ACC and in one instance when everyone was slamming on the brakes the eysight obstacle on road warning was flashing but did not apply enough braking power. I waited until the last moment and slammed on my brakes. I wonder if i did not intervene would I have rear ended the car in front of me? Has this ever happened to you? I'm not sure if eyesight would have stopped in time.
I now use a follow distance of 3 because I don't trust eyesight 100% -- indestruct, December 6, 2015.[2]

      Eyesight / RAB Issues
Edit: General thread about Eyesight / RAB issues and fixes.
I regularly get false detections on RAB when backing out of my garage onto asphalt driveway. The camera just shows spots on the asphalt. Until today, it was just

---

[1] https://www.subaruoutback.org/threads/obstruction-detected.524339/
[2] https://www.subaruoutback.org/threads/eyesight-not-stopping-in-time-using-acc.310449/

beeping so I ignored those as a nuisance, but today it actually applied the brakes. I am wondering if it is a common occurrence or is it something I need the dealer to take a look at?
It was a bit wet outside today but I doubt that sonar is affected by it.
PS: I searched the board but didn't find anything on it. – subie_newbie2017, January 14, 2020.[3]

2017 Outback: Strange Sudden Stop While Backing Up
As I was slowly backing out of a parking lot, my outback made a strange whirling sound and suddenly stopped while I was still in reverse. It totally freaked me out. (The car is new to me, just 2 weeks old.)
Is this a sensor issue with the rear automatic braking system? I'm really hoping it is, and is just overly sensitive. – ck94901, November 14, 2020.[4]

Could EyeSight Pre-Collision Braking be triggered by exhaust "cloud"?
2018 2.5 Touring
Was approaching a line of cars at a red light this AM (pre-dawn, but not too dark). I was maybe within 150-175 feet, doing 15 to 20-ish MPH & braking. Outside temp was showing 29F. The light turned green and the cars ahead started moving. I lifted my foot from the brake and at about the same time a large "cloud" of exhaust appeared behind the last car in line (about ~50 feet / 3+ car lengths away and I was going even slower by then) and my car instantly locked the brakes & stopped with the dash flashing the EyeSight collision warning.
Is car exhaust known to trigger the Pre-Collision Braking? Or should I call my dealer this morning?
Thanks, -- psklenar, October 31, 2018.

i wouldnt be surprised, shadows from trees and stuff tend to set mine off randomly when driving before dusk. – paroxysym, October 31, 2018,

I am with @paroxysym on this one. I have not experienced exhaust causing an alert or automatic breaking, but I also would not be surprised t all.
I have had shadows and sun shining through trees give me an alert while driving in my neighborhood. I thought it was maybe a fluke until it happened a few days later; in the same stretch of road, at the same time of day. – KingBing, October 31, 2018.

---

[3] https://www.subaruoutback.org/threads/eyesight-rab-issues.518125/
[4] https://www.subaruoutback.org/threads/2017-outback-strange-sudden-stop-while-backing-up.526677/

[]

Happened this morning.
Had this same occurrence this morning in Boston. Brakes came on, and I'm sure it ticked off the guy behind me. After that, stayed back from exhaust in front of me.—TSquared, January 14, 2019.

[]

I had it happen a couple of weeks ago. Situation: Vehicle in left turn lane, waiting at the light, I proceeded in the lane to his immediate right - there was a large cloud of exhaust from his vehicle (probably not warmed up) - set off my EyeSight braking. I'm in Minnesota.—doug_B, January 14, 2019.

Same issue, on four-way stop my car started to brake from the exhaust of car that has already left the intersection.—byebye7cyl, January 14, 2019.[5]

    Eyesight Camera Malfunction
Hi- I have a 2015 Outback with 40,000 kms. Recently, we went through a polar vortex (-39 C with wind-chill -49 C). On day 4 of this weather, I warmed up the vehicle (about 15 minutes) and headed to work. Almost immediately, there was a short beep, and the Eyesight warning indicator came on (and has stayed on ever since). This was a few days ago and the outside temps have warmed up considerably but the Eyesight Camera is still in malfunction mode. (The pre-collision brake system and lane departure warnings also shut off and are lit up on the dash).
I live 4 hours from the nearest Subaru dealer. Does anyone have any ideas that I can try? I can probably live without the camera, but it has also stopped the cruise control from working. :crying:--veld6, February 1, 2019.[6]

    Eyesight disabled/brake light flashing.
Here is the scenario.
I have a 2015 Outback 3.6R with eyesight.
Yesterday on way home from work while stopped at a stoplight the Eyesight has been disabled/check manual light came on as well as the red brake light (the one that lights up for instance when you are holding on a hill) was flashing. Of course the check manual is useless. It says to have it checked/serviced.

---

[5] https://www.subaruoutback.org/threads/could-eyesight-pre-collision-braking-be-triggered-by-exhaust-cloud.501177/
[6] https://www.subaruoutback.org/threads/eyesight-camera-malfunction.505451/

I got home, turned off the engine then restarted. The system worked and I drove it around the block and back home. It was only on a few minutes.
This morning I started car up. Eyesight working but went off after about 5 minutes with same symptoms. I stopped and restarted. It worked for a bout 10 minutes (in stop and go traffic).
I turned if off again and got on the freeway. First part stop and go and drove about 25 miles up the freeway, the last part not stop and go. Took the exit and got in a drive through. It turned off again. Stopped and restarted and it worked the 2 miles or less I had to work.
I called the dealer and they didn't offer much, just bring it in.
I have seen the eyesight temporarily disabled before but it will then come back on. Never anything like this with the brake light flashing.
I notice no other symptoms other than the eyesight disabled and brake light flashing. Nothing seems to be operating out of normal. No check engine or anything either.
Has anybody ever seen this and what was the resolution?
I hoping to get an idea of what I may be getting into. I do have an extended warranty but.... – hikejr, January 23, 2018.[7]

      Collision avoidance failed to initiate

Long time reader, first time poster here. Anyway, last week, my wife was driving our 2017 Outback and she carelessly blew a stop sign and hit the rear fender of a vehicle passing through the intersection. The crash was 100% avoidable and she has taken full responsibility. Luckily she and my daughter, who was also in the car at the time, and the driver of the other vehicle, are totally fine.
As well as my wife remembers, EyeSight's collision avoidance never initiated. I've seen some of the potential cases where EyeSight may not function properly (sun glare, fog, etc.), but none of those were present at the time. This was also in a residential area, with a speed limit of 35 mph, so neither car was travelling at a high rate of speed. Add to all of this the fact that she hit the rear fender of the other vehicle, which would mean it would have been visible to EyeSight for some time before the collision occurred, and I don't understand why it didn't activate. Has anyone ever seen this happen before, or have any thoughts on why it didn't activate? Thanks! – bobchadwick, May 8, 2017.[8]

Eyesight error messages

---

[7] https://www.subaruoutback.org/threads/eyesight-disabled-brake-light-flashing.469545/
[8] https://www.subaruoutback.org/threads/collision-avoidance-failed-to-initiate.419778/

My eyesight system has been failing recently on my 2017 Outback Touring. When it happens, all of the warning lights come on and the safety systems no longer operate. Turning off the car for a few minutes and restarting is only a temporary solution until the lights reappear.
Obviously, I will be taking the car in to the dealer this coming week. Has anyone had similar issues? If so, what is the fix
Thank you.—Suberman, December 17, 2016.[9]

### Eyesight temporarily shuts down often

Hi, first time Subaru owner and poster here. I bought my Outlook in 1/2016 and have had multiple problems with Eyesight shutting down after I first start in the morning. My car sits in a garage and when I first start it around 630a, the usual warning lights come on and then go off as they should. About 30-60 sec later I get a warning light that Eyesight is unavailable. But then about 3 min later, its back on again and works fine for the rest of my 25 min trip to work. Its usually dark out but no fog, no rain, no nothing. Can happen on cold or warm days. It doesn't happen every day, maybe 40-50% of the time. Otherwise, Eyesight seems to work as billed in terms of lane avoidance, ACC, etc. I mentioned it to the dealer at the 6K maintenance and he said a software upgrade should help but it didn't. I am concerned that this is an early sign of worse problems to come. Any ideas? – jgossage, January 2, 2017.[10]

### Blindspot and Eyesight randomly diables when driving

Periodically when the vehicle is started and having driven several miles, the blind spot caution/warning system and eyesight randomly disables itself. This is confirmed by a caution light in the instrument panel. The only way to reactivate the system is to turn off the ignition and restart the engine. If the malfunction is not caught on starting the vehicle the system cannot be activated until the vehicle is stopped and the engine restarted. The problem has been ongoing. WTF?
Any constructive ideas? (don't tell me to "see a dealer" - they have no idea what's happening). This appears to be an electrical fault issue. This is a serious issue and a lawsuit waiting to happen. SOA - please answer. – WileyOne, December 5, 2017.[11]

### Eyesight problems

---

[9] https://www.subaruoutback.org/threads/eyesight-error-messages.393058/
[10] https://www.subaruoutback.org/threads/eyesight-temporarily-shuts-down-often.395521/
[11] https://www.subaruoutback.org/threads/blindspot-and-eyesight-randomly-diables-when-driving.460553/

I have a 2014 Outback 2.5I Limited. I've noticed that during a certain time of day when the sun is overhead and I'm trying to park in my garage the eyesight jams on my breaks and stops the car. The garage is dark and I do have my head lights on but I now have to disable the eyesight whenever I park. My worry is what happens if I'm driving into a tunnel on a highway and the eyesight thinks it's a wall and jams on my breaks? If it's recommended to disable the eyesight then I suggest there be a button on the steering wheel that creates a 30 second turn off time and then goes back to on automatically. It's a little distracting to reach up and find the right button and hold it down for 3 seconds to disable it. – Sally244, September 2, 2014.[12]

### False Positive on Eyesight Pre-Collision Braking

If you have experienced incidents where your Subaru with Eyesight suddenly brakes without cause, please report your issue to safercar.gov.

Over the past two+ years, my 2015 Subaru Outback 2.5i Limited has suddenly applied the brake without cause 3 times. Each time it gave a warning, then immediately applied the brake. With each incident, I tried to take 'evasive' action by pressing the gas pedal (hoping to stop the braking). In my opinion, the braking didn't let up quickly enough.

Here are the 3 different scenarios: a crowded residential street not even going 25mph, the Eyesight completely stopped the car with nothing directly in front of me; in a less crowded residential area with a 30mph speed limit, the Eyesight suddenly braked, nothing in front or around me, slowing the car significantly; and finally on a major highway going 70mph, using Adaptive Cruise Control, the car suddenly braked slowing the car to about 25mph before releasing control to me. There were no cars in any of the lanes in front of me and fortunately there were no cars behind me. I took car in after each incident and the dealer found nothing. After the 3rd incident, they sent some corp reps out to look at the "black box" data - again found nothing.

The more incidents reported may help find and solve the problem. Thank you! – SubaruVida, December 29, 2016.[13]

### Collision avoidence breaking system

A couple of times I must have gotten too close to a car in front of me and the above kicked in. It scared me to death... very noisy with the brakes screeching like a banshee. Is this normal?—edtx, May 26, 2020.

---

[12] https://www.subaruoutback.org/threads/eyesight-problems.178793/
[13] https://www.subaruoutback.org/threads/false-positive-on-eyesight-pre-collision-braking.394937/

[]

I turn it off. I haven't rear ended someone in almost 30 years in busy LA driving 20-30k a year. I have been rear ended a few times but never my doing. This system kicks in on me constantly in LA traffic and really disrupts driving, never mind passengers I have get pretty unnerved. Kicks in when I am changing lanes behind a car, where I have to speed up a bit to go through the spaces to get across busy LA freeways, where you are always near cars cause freeways are filled, but you have to give it gas when doing this to not make the traffic in the next lane have to slow down as you enter the lane, but I guess it thinks I am gunning for the car in front of me in the new lane - so it kicks in, but I was never going to hit the car, not even close. Ive even had it kick in 2 times when nothing was in front of me for a split second on a 2 lane road where I was the only car. not sure why it kicked in. I even had to pull over once cause I was very confused what happened in the front of my car (where I saw nothing).
So, I just turn it off. Maybe 10-20 years these systems will be more refined for my taste.—Sequoia225, June 30, 2020.[14]

Eyesight system concerns
I've had two instances where the vehicle activated the forward-collision warning and started to brake for reasons unknown to me. Once was in the middle of an intersection. Fortunately, the cars behind me were not too close to rear end me. This happened around 2 p.m. in the middle of summer with the sun behind the vehicle.
I brought the vehicle in for recall work to the local Subaru dealership several months later and asked them to pull any relevant data for the two incidents. By then, the system cleared those two events. The dealer said I should purchase a video camera and run it in the car while driving to capture any false alarms in order to help them troubleshoot it as according to them the system does not capture any video/image data when it records an event. This is absolutely outrageous. Subaru has cameras in the eyesight system and flash memory to store data in - storing an image snapshot is not overly storage intensive, and yet I am supposed to invest several hundred dollars in an independent video camera to help Subaru debug their system.
The dealership suggested not using eyesight on sunny days where the camera could be blinded by the sun. Hello - I live in Nevada, it's sunny here over 300 days per year. This would make the eyesight system practically useless and I'll lose cruise

---

[14] https://www.subaruoutback.org/threads/collision-avoidence-breaking-system.521755/

control. How am I supposed to know when it's too sunny for the system that it will malfunction?—hajihaji, November 17, 2016.[15]

[]

This situation is not unique to Outbacks. I have a 2017 Legacy with the same Eyesight system, and it has jammed on the brakes on three separate occasions when there was no object in front of me at all. I've had witnesses in the car when it happens, too.
The first time it happened I was going under a low (13 foot clearance) railroad bridge. Some chimes went off and it said something about detecting an object and immediately applied the brakes hard. The second and third times it applied brakes hard with no vehicles, persons, or objects at all in front of me.
I haven't considered if the sun could be in eyesight's "eyes", but I'll look for that next time it happens. Maybe we should consider sun glasses for Eyesight's "eyes".
It also does the chime and object detected bit when a vehicle is slowing and turning far in front of me, but the brakes aren't applied when that occurs. So that's just more of an annoyance.
Dealer always says the same thing. "it's performing as designed." Nothing was recorded. I am in the process of installing a dashcam that includes a rearview camera, too, because if there's ever anyone close behind me when this occurs, I want it recorded.
This 2017 also has issues with the brakes going to the floor and having to be pumped occasionally. But, that's for a different thread.—dmac3, November 17, 2016.[16]

[]

Since you have experienced an incident where your Subaru with Eyesight suddenly braked without cause, this is a safety issue for you and other drivers. Please report your issue to safercar.gov.
Over the past two+ years, my 2015 Subaru Outback 2.5i Limited has suddenly applied the brake without cause 3 times. Each time it gave a warning, then immediately applied the brake. With each incident, I tried to take 'evasive' action by pressing the gas pedal (hoping to stop the braking).
Here are the 3 different scenarios:in the morning on a crowded residential street not even going 25mph, the Eyesight completely stopped the car with nothing directly in

---

[15] https://www.subaruoutback.org/threads/eyesight-system-concerns.386777/
[16] https://www.subaruoutback.org/threads/eyesight-system-concerns.386777/page-2

front of me; in the afternoon on a less crowded residential area with a 30mph speed limit, the Eyesight suddenly braked, nothing in front or around me, slowing the car significantly; and finally at night in the rain on a major highway going 70mph, using Adaptive Cruise Control, the car suddenly braked slowing the car to about 25mph before releasing control to me. There were no cars in any of the lanes in front of me and fortunately there were no cars behind me. I took car in after each incident and the dealer found nothing. After the 3rd incident, they sent some corp reps out to look at the "black box" data - again found nothing.
The more incidents reported to safercar.gov may help find and solve the problem. Thank you! – SubaruVida, February 6, 2017.[17]

### Eyesight Issue – Anybody else had this problem

First time owner of an Outback (2015 Limited 2.5I with eyesight) and had an issue with eyesight/pre-collision braking in first 100 miles. Wife was driving to work was at a red light, when it turned green she proceeded through and the car came to an abrupt stop in the middle of the intersection, there were no cars in any direction. She then went down the road about 1/4 mile and the pre-collision braking activated again going 25-30mph, no car in front or any objects. She then pulled over and turned off the pre-collision braking to keep it from happening again. There was no traffic in front of or behind her and both times she was accelerating. She is too scared to drive it now and is wanting to get a different Outback without eyesight. We took it back to the dealer and they did not find anything. Any help would be appreciated. – mlillypad194, November 19, 2014.[18]

2020 Pre-collision brake assist malfunction
Driving my second Outback, previous was a 2016 that also had Eyesight. This morning at an intersection in the dark, I took a right turn on a green arrow to enter a highway on ramp fairly well behind the person in front of me. Suddenly the brake assist activated and the car slammed the brakes. Needless to say, it surprised me and the person behind me was honking, understandably, as there was no reason for me to stop. I called the dealer, and they were completely unhelpful - they didn't even know how to turn off Eyesight on the 2020 (I figured it out). I don't trust the car or Eyesight right now. What if this had occurred at a higher speed, or the person behind couldn't stop fast enough. The dealer's response was, we would have to replicate the problem. Anyone else experience this? Any ideas other than disabling Eyesight

---

[17] https://www.subaruoutback.org/threads/eyesight-system-concerns.386777/page-4

[18] https://www.subaruoutback.org/threads/eyesight-issue-anybody-else-had-this-problem.202905/

every time I turn the car on? In looking thru the forums I see where a few people have said exhaust clouds might cause this. It was dark, but I think I would have noticed a lot of exhaust from that car who had gone ahead of me. Thanks for any thoughts. – Evergreen80, January 17, 2020.

[]

Yep - my father almost killed himself yesterday when he went to overtake a truck in his outback. The breaks jammed on and he lost control doing 70mph. He's hit the median railing and then skidded across the road into the ditch. Concussion, broken hip and the fright of his life. Could have been a lot worse but we're wondering if anyone else has had issues with the breaks locking on for no apparent reason ? Are their any class action groups as it seems this happens way to frequently ? Please email me on blackpearlpastoral@gmail.com if you would like to further discuss – Black Pearl, October 1, 2020.[19]

**SubaruForester.org**

     2019 - Eyesight Resets

Does anyone have an issue where the lane detector icon in eyesight will "reset"? It'll beep that the lane detector is off, and then it comes back on.
Is that normal behavior with the system? Doesn't happen every time I drive the car, but has happened multiple times in the first 300 miles of the vehicle.
The owners manual states that this will happen when "the system cannot detect the lane". But it's happened a fair amount in a little over a week since owning the car. Has this happened to others? – SubiDad19, August 5, 2019.

It happens all the time with me too, I brought it back to Subaru and they said it was normal but I have driven many cars with it and that never happens, only on my 2019 Forester. I still believe it is an issue and will be addressed sometime in the future. – PearlWhite, August 5, 2019.[20]

     2014 Forester Eyesight Unexpected Braking Issue

We have a 2014 Forester XT with the Eyesight System and ~ 21,000 Miles on the odometer.

---

[19] https://www.subaruoutback.org/threads/2020-pre-collision-brake-assist-malfunction.518224/
[20] https://www.subaruforester.org/threads/2019-eyesight-resets.804583/

We have gotten accustomed to the eyesight system's gentle warnings for lane departure (to dodge potholes), stopping too close to another car or object, slow starts in traffic, etc. Fortunately we have not had to test the emergency braking.

Overall we really like the vehicle - it is our first Subaru - and there have been no problems other than what I describe below.

On two occasions the car has unexpectedly braked hard - but not to a stop - from a low speed when there were no other cars in sight nor any other obstacles either noticed in the air or on the windshield. Both times the dash was lighted up with many different warning sensors - some we did not know were options (like hill holder) in a car with the CVT.

Mostly the car is used for trips around town of less than 60 miles. Oddly enough, both times the braking incident occurred within a few days after we had made the same 800 mile road trip. Additionally, these events both occurred on the same stretch of a rural two lane road within 1/4 mile of each other. Both times my wife was behind the wheel - she is a good driver and normally has very little trouble with cars. There is nothing notably unusual about this stretch of road.

The car was towed to the dealer both times. The first time no error codes were retained because the car was started/stopped too many times. The second time code P0244 was found - which the dealer stated was for an ECM update - which was completed.

We just got the car back today, and are hoping that the issue is behind us.

We are curious if any other Eyesight System owners have had similar experiences. Also we would appreciate knowing if any forum members have insight into the root cause.—Trekker7, March 31, 2015.[21]

    <u>Dangers of Subaru Eyesight</u>

I've found that Subaru Eyesight can be dangerous.

1) Pre-Collision Braking: I've had this off since this engaged for the first time. I'd like to have it on, but it's too sensitive in my experience. (There is a discussion on this here: https://www.subaruforester.org/vbulletin/f281/eyesight-vs-tumbleweed-799405/#/topics/799405 )

2) Adaptive Cruise Control: In my experience, it's really rough when braking. I'm able to more smoothly adjust the speed myself. Also, it has seen a vehicle (and matched their speed), and ended up losing it when going around a curve (understandable), and then doesn't always see it again after the curve (unacceptable). So, if they slow down (for a turn), the Subaru will continue at it at full speed. I've stopped using this feature around traffic because it's dangerous and unpredictable.

---

[21] https://www.subaruforester.org/threads/2014-forester-eyesight-unexpected-braking-issue.461785/

11

3) Lane Keep Assist: This is my favorite feature. I'm not planning on turning it off. But, it's dangerous. There are situations that require you to leave the marked lane, and it tries to force you back in the lane, which can cause an accident. I don't mind the gentle adjustments, but if I'm clearly turning the wheel attempting to leave the lane, and it tries forcing me back, that's a huge safety concern. It has almost caused me to have an accident when passing a vehicle and also tried to push me towards a construction zone where they had cones to direct people to drive in the shoulder of the road.
In my opinion, this system is not ready. I'd like to see the current Subaru Eyesight get updated at each service visit (software, and hardware, as they are released).
What is your opinion of Subaru Eyesight? Do you think they should update each system, or just leave it as it is?—New_Suaru, July 10, 2019.[22]

    2019 - Emergency Braking System Malfunction?
Hi there,
The emergency braking system on my 2019 Forrester fired while the car was operating at highway speeds, and there were no other vehicles that I noticed that were in range of Eyesight. The emergency braking system turned off after a second or two, and the sudden application of the brakes did not cause a rear end collision. Has anybody experienced an unexplainable emergency braking system malfunction?
Thank you. –Rcolin, February 14, 2020.

[]

I've only had my 2020 Forester for 3 weeks, and the emergency brake system definitely did something weird yesterday. I was driving slightly uphill and a car turned into my lane way in front of me - nowhere near close enough that I would've hit it. My Forester braked immediately. None of the usual sound/message pop up that I've had before coming in too hot at a traffic light. Fortunately no one was behind me, but I was thrown that the system activated when there was nothing that should've caused it to brake like that. – subie_newbie_CO, February 27, 2020.[23]

    Lane steering not always working?

---

[22] https://www.subaruforester.org/threads/dangers-of-subaru-eyesight.803447/
[23] https://www.subaruforester.org/threads/2019-emergency-braking-system-malfunction.810236/

I just purchased a 2018 Subaru Forester, in part because I absolutely wanted to have adaptive cruise control and lane keep assist.

I have the Lane Assist permanently turned on and, whenever I start the car, the first thing I do is to turn the cruise control on.

The Lane Keep Assist works perfectly when I drive on highways at 45mph or faster. I noticed that, typically, when I drive below 45mph with the cruise being set (to <45mph), even on roads with very visible lane markings on 1 or both sides, the lane markings do not show up on the dash display and only the lane departure assist (=beeping) works but not the active steering.

Yesterday, however, I was driving at 40mph (the cruise was set to 40mph) on a road with very visible lane markings which again did not show up on the dash display, active steering came on when I intentionally let the car veer over the center lane. I had tried that at the same spot in the past and only got the lane departure beeping but no active steering.

So, my question is: Is there a way to always have the active steering engaged instead of just the beeping when driving with the cruise engaged?

Please let me know what you think. – RudyG, January 4, 2019.[24]


**AscentForums.com**

   Eyesight failure and all dash lights om

Second time all the warning lights on dash have come on and eyesight disabled. First time did not have full brake control. This time brakes were okay. Able to drive home. So disappointed in this vehicle. I no longer feel safe. Under 7000 miles. Third time will pursue lemon law and dump this pricey over rated vehicle. – Brennr, July 14, 2019.[25]

   Eye sight

I have had my 2019 ascent for over a year. Yesterday the eye sight kept turning off and on constantly. I cleaned the windshield in and out but it is still doing it.

I called the dealer they told me it is prob because the lines on the road are faded. I have the lane assist turned off and have been driving the same roads for over a year. Does anyone have any suggestions or advice? –Frosty, August 7, 2020.[26]

---

[24] https://www.subaruforester.org/threads/lane-steering-not-always-working.792561/#post-7486351

[25] https://www.ascentforums.com/threads/eyesight-failure-and-all-dash-lights-om.8257/

[26] https://www.ascentforums.com/threads/eye-sight.10257/

Eyesight Problems...Eeeek
Hello everyone, we just purchased our ascent a week ago a Limited with KCC package and love it. We made the trade up from our 17 3.6r Legacy which we loved but with a growing family etc. We needed to upgrade. Well we're slightly concerned because we have less than 300 miles on our car and our eyesight is acting odd. Now we're use to eyesight with the legacy and how funny it can be at times,( sun glare,snow etc) but within the first 100 miles with our ascent it's has been a headache. So here is what we're facing. Intially we thought it was an Android Auto glitch as I drove our car on a back road here in NH which is very bumpy I hit a bump and Android auto shut down and all of the Eyesight systems turned off.Well, I pulled over shut the car down in hopes it was a new car bug. A week goes by my wife has the same thing but she wasn't using Android auto. She hit a bump and BAM eyesight disabled again even having starlink send me error email saying to take to dealer and read manual.
It has done it a handful of times and appears to be when hitting a good size bump. We have a great dealer team we're working with who will have it for a week but I know if a dealer can't reproduce that problem then it's tough to fix something when you can't see what's wrong. We have photos,codes and videos I'm curious has anoyone else had this issue? – NewNewEnglander, February 26, 2019.

I've been driving a basic Ascent as a loaner on and off for a few weeks (due to outback issues) and I've noticed that the lane change has momentarily shown as off several times and also eyesight being disabled on a handful of occasions over 800 or so miles.
Does this ring any bells with you or anyone else? – ttrenberth, February 26, 2019.[27]

> Sudden Hard Braking While Driving

Wondering if anyone else has had this problem. The other night I was driving and the car suddenly and without warning the car did a hard brake. No warnings, no lights, nothing, just a hard and sudden brake and then the car continued on like nothing happened for a bit and I heard a squeaking type noise from the rear wheels. I stopped and restarted the car and made it home fine. Figured it was a fluke and maybe something was on the road, checked it the next morning and no issues. The car has been fine all week until tonight, when my wife was driving our 4 month old and while going around 55mph the car started doing the exact same thing and almost caused her to lose control. This time though it continued to do it several times until

---

[27] https://www.ascentforums.com/threads/eyesight-problems-eeeek.6551/

14

she was able to get to a safe place to pull over. Only real thing of note that it has been night time both times it has happened.

Getting it to the dealership tomorrow to see what is going on, but I haven't seen anyone else mention this happening. – Coreye, December 14, 2018.[28]

### Lane keep assist no longer working?

I've notice the ascent would pull me back to my lane when I would cross a line on the highway. But it's not pulling me any more. I don't know why. All features should be on because there no yellow lights on the dash saying anything is off. – Lukesit, July 23, 2018.[29]

## Reddit.com/r/SubaruAscent

### Subaru Ascent hard braking on it's own

Wondering if anyone else has had this problem. The other night I was driving and the car suddenly and without warning the car did a hard brake. No warnings, no lights, nothing, just a hard and sudden brake and then the car continued on like nothing happened for a bit and I heard a squeaking type noise from the rear wheels. I stopped and restarted the car and made it home fine. Figured it was a fluke and maybe something was on the road, checked it the next morning and no issues. The car has been fine all week until tonight, when my wife was driving our 4 month old and while going around 55mph the car started doing the exact same thing and almost caused her to lose control. This time though it continued to do it several times until she was able to get to a safe place to pull over. Only real thing of note that it has been night time both times it has happened.

Getting it to the dealership tomorrow to see what is going on, but I haven't seen anyone else mention this happening.—CoopsNPins, December 14, 2018.[30]

## SubaruXVForum.com

### Problems With Lane Assist Turning Off And On By Itself. Anyone else???

---

[28] https://www.ascentforums.com/threads/sudden-hard-braking-while-driving.5471/

[29] https://www.ascentforums.com/threads/lane-keep-assist-no-longer-working.2587/

[30] https://www.reddit.com/r/SubaruAscent/comments/a69lkx/subaru_ascent_hard_braking_on_its_own/

Happy new owner of a 2018 Limited with Eyesight and Lane Assist features. Learning Eyesight has been an adventure, but after the first month I really am liking it!

One area in which I'm having a problem is the Lane Assist. I can be driving down the road with Lane Assist on. Sometimes, if I just slightly go over a lane marking, the system will flash a message in the center screen that it has turned off. Moments later its back on. Has happened several times in a short period of time and is becoming a regular feature.

Has anyone else experienced this?

Is this something the dealer should take a look at?

Thanks in advance!

Rich

And to clarify: its not just the lane markings in the center of the dash screen changing from white to green. There is a Square Message in the box above the lane assist markings that says LANE ASSIST IS OFF. Then it flashes back on. I understand the side markings on the center screen flashing between green and white. This is not what I was talking about.

Also, a friend who owns a 2017 Outback Limited says his car does not do this. In fact, he pointed it out to me and thinks it is a malfunction in my car. –Richs10, April 4, 2018.[31]

---

[31] https://www.subaruxvforum.com/threads/problems-with-lane-assist-turning-off-and-on-by-itself-anyone-else.162698/