

**RUSSELL D. PAUL** / *SHAREHOLDER*
d 215.875.4601  m 610.662.7222  rpaul@bm.net

August 9, 2023

**VIA ECF**
The Honorable Sharon A. King
United States Magistrate Judge
United States District Court for the District of New Jersey

**Re:**   *Sampson v. Subaru of America, Inc., et al.*, **No. 1:21-cv-10284-RMB-SAK**

Your Honor:

I write on behalf of all parties to respectfully renew the request for a six-month extension of all current case management deadlines.

During the July 17, 2023 telephonic status conference, the parties jointly requested a six-month extension of case management deadlines. While the Court did not grant the request at that time, the Court stated that it would revisit the request at the August 17 status conference and ordered the parties to raise any currently existing discovery disputes on or by July 24, 2023. ECF 91, 92. On July 21, 2023, the parties notified the Court that they had met and conferred and had no ripe discovery disputes to raise. ECF 93. Thereafter, the Court rescheduled the August 17 status conference to September 13, 2023, which is approximately two weeks before the start of expert discovery, beginning with Plaintiffs' submission of affirmative expert disclosures and reports in support of their anticipated Motion for Class Certification. ECF 94.

While the parties continue to work cooperatively and expeditiously to complete document productions, written discovery, and depositions, the parties will need additional time as reported to the Court on July 17, 2023. As a result, Plaintiffs will not be in a position to commence class certification expert discovery on September 29, 2023, as currently required. *See* ECF 88. Accordingly, the parties jointly and respectfully request the following adjustment of the Scheduling Order:

- All affirmative expert reports on class certification and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of Plaintiffs shall be served upon counsel for Defendants no later than September 29, 2023 – *extension requested to March 29, 2024*.
- Depositions of Plaintiffs' experts in support of class certification shall be completed by November 14, 2023 – *extension requested to May 14, 2024*.
- All rebuttal expert reports on class certification and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of Defendants shall be served upon counsel for Plaintiffs no later than December 22, 2023 – *extension requested to June 28, 2024*.

Page 2 of 2



- Depositions of Defendants' experts in opposition to class certification shall be completed by January 30, 2024 – *extension requested to July 30, 2024*.
- Class certification motions shall be filed with the Clerk of the Court no later than March 1, 2024 – *extension requested to September 2, 2024*.

The parties are prepared to submit a proposed amended scheduling order should the Court so request. Thank you for your consideration.

Respectfully,

Russell D. Paul

cc: All Counsel of Record (by ECF)