# EXHIBIT 2

## Notice of Proposed Class Action Settlement

If you currently or previously own(ed) or lease(d) *certain* 2013-2024 Subaru vehicles equipped with Pre-Collision Braking, Rear Automatic Braking, and/or Lane Keep Assist driver assistance features of EyeSight, you may be entitled to benefits under a class action settlement. This notice is being mailed to you because you have been identified as owning or leasing such a vehicle.

For information on the proposed settlement, and how and when to file a claim for reimbursement or object to or exclude yourself from the settlement, call toll-free 1-XXX-XXX-XXXX or visit website URL.

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

**Do not contact the Court for information about the settlement.**

[Name of Settlement]
c/o Settlement Administrator
1100 2nd Avenue Suite 300
Seattle, WA 98101

«ScanString»
Postal Service: Please do not mark barcode

Claim ID: «Claim ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

**PLEASE RETAIN THIS POSTCARD FOR YOUR RECORDS**
**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

A Settlement has been reached in a class action lawsuit regarding the Pre-Collision Braking, Rear Automatic Braking, and Lane Keep Assist driver assistance features of EyeSight in certain Subaru vehicles.

**Am I a Class Member?** You are a Settlement Class Member if you are a current or former owner or lessee of *certain* 2013-2024 Subaru vehicles equipped with EyeSight functionality ("Settlement Class Vehicles"), subject to certain exclusions. You can confirm whether your vehicle is included in the settlement, and that you are therefore a class member, by searching the VIN Lookup Tool on the Settlement Website: website URL.

**What benefits can I get from the settlement?** If the Court grants final approval, the Settlement will provide the following benefits: 1) a Warranty Extension, and 2) Reimbursement of 75% of certain past paid out-of-pocket repair expenses. For details of these benefits, what is covered, the terms and conditions, and the requirements and deadline for submitting a claim for reimbursement, please refer to the Long Form Class Notice on the Settlement Website: website URL. You can also call the Settlement Claim Administrator toll free at _____ to obtain a Claim Form and for any questions you may have.

**How can I exclude myself from the class?** If you want to exclude yourself from the settlement, you must mail a request for exclusion with the required information **postmarked no later than [date in PA order].** The requirements for a request for exclusion, and the addresses to whom it must be mailed, are set forth in the Long Form Class Notice on the Settlement Website at URL_____. If you timely and properly exclude yourself, you will not be eligible to receive any benefits of the settlement. If you do not timely and properly exclude yourself, you will remain part of the Settlement Class and will be bound by its terms and provisions including the Release and Waiver.

**How can I object?** If you want to stay in the Settlement Class but object to any aspect of the settlement, you must file an objection with the Court with the required information **no later than [date in PA order]**. For further information and instructions on the requirements for an objection, and when and how to file one, refer to the settlement website and the Long Form Class Notice at website URL.

**Do I have a lawyer in this case?** Yes. The Court has appointed the law firms of Berger Montague, PC, Capstone Law APC, and Barrack, Rodos & Bacine to represent you and the Class. These attorneys are called Class Counsel. You will not be charged for their services. If you would like to retain your own counsel you may do so at your own expense.

**The Court's Final Fairness Hearing.** The Court will hold a Final Fairness Hearing on **DATE at TIME,** at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 4D, Camden, NJ 08101 to consider whether to approve (1) the settlement; (2) Class Counsel's request for Attorneys' fees and costs of up to $2.5 million; and (3) Named Plaintiffs' Service Awards of up to $5,000. The date of the hearing may change without further notice so please visit [website URL] for updated information.

**Where can I get more information?** Please visit the Settlement Website at [website URL] or call toll free 1-XXX-XXX-XXXX to obtain more complete information about the proposed settlement and your rights. ADD QR CODE HERE