**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAURA SAMPSON, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC.,<br><br>Defendant. | Case No. 1:21-CV-10284-ESK-SAK<br><br>Motion Date: November 3, 2025 |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that on November 3, 2025, at 11:00 A.M., or as soon thereafter as the matter can be heard, Plaintiffs James Sampson, Janet Bauer, Lisa Harding, Barbara Miller, Shirley Reinhard, Celeste Sandoval, Xavier Sandoval, Danielle Lovelady Ryan, and Elizabeth Wheatley ("Plaintiffs"), individually and on behalf of all others similarly situated, will move this Court before Hon. Edward S. Kiel, U.S.D.J., pursuant to Federal Rule of Civil Procedure 23, for a Final Order and Judgment granting final approval of the parties' proposed class action settlement ("Settlement") as set forth in the Settlement Agreement (ECF No. 140-3). Plaintiffs request that the Court grant their Motion for an Order and Judgment Granting Final Approval of Class Action Settlement and for certification of the proposed Settlement Class, and: (1) enter a Final Order and Judgment granting final approval of the

1

proposed Settlement; (2) grant final appointment of Plaintiffs as Settlement Class Representatives and Berger Montague PC, Capstone Law APC, and Barrack, Rodos & Bacine, as Settlement Class Counsel; (3) grant final appointment of JND Legal Administration ("JND") as Claims Administrator; (4) direct the implementation of the Settlement in accordance with the terms and conditions of the Settlement Agreement; and (5) dismiss the Action with prejudice upon the Effective Date.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Granting Preliminary Approval of Class Action Settlement (ECF No. 142).

In support of this motion, Plaintiffs rely upon the accompanying brief and the authorities cited therein; the Declaration of Russell D. Paul, submitted herewith; the Supplemental Declaration of Lara Jarjoura, submitted herewith; the Settlement Agreement, submitted at ECF No. 140-3; Plaintiffs' Responses to Objections and Requests for Exclusion to be submitted on October 2, 2025; the proposed Order, to be submitted by the parties following the submission of any Responses to Objections and Requests for Exclusion; and all files, records, and proceedings in this matter.

Defendant Subaru of America, Inc. does not oppose this motion.

Dated: September 17, 2025      Respectfully submitted,

        *s/ Russell D. Paul*
        Russell D. Paul (NJ Bar. No. 037411989)
        Amey J. Park (NJ Bar. No. 070422014)
        Natalie Lesser (NJ Bar No. 017882010)

**BERGER MONTAGUE PC**
1818 Market Street
Suite 3600
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-4604
rpaul@bergermontague.com
apark@bergermontague.com
nlesser@bergermontague.com

Cody R. Padgett (*pro hac vice*)
Abigail J. Gertner (NJ Bar No. 019632003)
Shahin Rezvani (*pro hac vice*)
Majdi Hijazin (*pro hac vice*)
**CAPSTONE LAW APC**
1875 Century Park East
Suite 1860
Los Angeles, California 90067
Tel: (310) 556-4811
Fax: (310) 943-0396
Cody.Padgett@capstonelaywers.com
Abigail.Gertner@capstonelawyers.com
Shahin.Rezvani@capstonelawyers.com
Majdi.Hijazin@capstonelawyers.com

Andrew J. Heo (NJ Bar. No. 296062019)
Samuel M. Ward (*pro hac vice)*
**BARRACK, RODOS & BACINE**
2001 Market St., Suite 3300
Philadelphia, PA 19103
Phone: 215-963-0600
Fax: 215-963-0838
Tel: (973) 297-1484
Fax: (973) 297-1485
aheo@barrack.com
sward@barrack.com

*Attorneys for Plaintiffs and the Proposed Class*

3