UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURA SAMPSON, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC.,<br><br>Defendant. | Case No. 21–cv–10284–ESK–SAK<br><br>ORDER |

**THIS MATTER** having come before the Court on plaintiffs' motions for attorney's fees, costs, and service awards (ECF No. 146) and for final approval of the class action settlement (ECF No. 154); and the Court having conducted a final fairness hearing on November 3, 2025 (Hearing) (ECF No. 159); and counsel having made additional representations during the Hearing concerning efforts made to cure technically invalid exclusion requests; and counsel having submitted a revised proposed order increasing the number of valid, accepted exclusions from 339 to 370 (ECF No. 158; ECF No. 160); and for the reasons stated on the record during the Hearing and the Court's oral opinion following the Hearing;

**IT IS** on this   **5th** day of **November 2025**   **ORDERED** that:

1. The proposed class as defined at ECF No. 140–3 pp. 10, 11 is certified for the limited purpose of settlement.

2. The motions at ECF No. 146 and ECF No. 154 are **GRANTED**.

3. The class members identified at ECF No. 160–1 shall be excluded from the settlement and not enjoy the benefits or be subject to the burdens of the settlement.

4. The class members identified at ECF No. 160–2 shall not be excluded from the settlement due to procedural defects in their exclusion requests as described in defendants' briefing (ECF No. 155 pp. 30–34), in the claim administrator's supplemental declaration (ECF No. 155 pp. 2, 3), during the Hearing, and in the Court's oral opinion.

5. The Clerk shall mark this matter **CLOSED**.

                                                */s/ Edward S. Kiel*
                                                **EDWARD S. KIEL**
                                                **UNITED STATES DISTRICT JUDGE**